**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

|  |  |  |
|---|---|---|
| **ADVANCED CODING TECHNOLOGIES LLC,** | § § § § | |
| Plaintiff, | § § | NO.  **7:25-cv-446** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **APPLE INC.,** | § § § | |
| Defendant. | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Advanced Coding Technologies LLC ("ACT" or "Plaintiff"), for its Complaint against Defendant Apple Inc. (collectively "Apple" or "Defendant") for patent infringement under 35 U.S.C. § 271, alleges as follows:

## THE PARTIES

1.    ACT is a limited liability company organized and existing under the laws of the State of Texas, with a place of business located at 5 Austin Avenue, #25569, Waco, TX 76701.

2.    Defendant Apple, Inc. is a corporation organized and existing under the laws of California, with one or more regular and established places of business in this District at least at 12545 Riata Vista Circle, Austin, Texas 78727; 12801 Delcour Drive, Austin, Texas 78727; 6800 W Parmer Lane, Austin, Texas 78729, and 3121 Palm Way, Austin, Texas 78758.  Apple may be served with process through its registered agent, the CT Corp System, at 1999 Bryan St., Ste. 900 Dallas, Texas 75201-3136.  In November 2019, Apple stated that it had approximately 7,000 employees in Austin and that it expected to open, in 2022, a $1 billion, 3 million-square-foot campus with capacity for 15,000 employees.  *See*

https://www.apple.com/newsroom/2019/11/apple-expands-in-austin/.  Apple is registered to do business in the State of Texas and has been since at least May 16, 1980.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has specific and personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.  Upon information and belief, Defendant has sufficient minimum contacts with the forum because Defendant transacts substantial business in the State of Texas and in this Judicial District.  Further, Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, alleged more particularly below.

5.      Venue is proper in this Judicial District as to Defendant pursuant to 28 U.S.C. §§ 1400(b) and 1391(b) and (c) because Defendant is subject to personal jurisdiction in this Judicial District, has committed acts of patent infringement in this Judicial District, and has a regular and established place of business in this Judicial District.  Defendant, through its own acts, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one.

## PATENTS-IN-SUIT

6.      On January 3, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,090,025 (the "'025 Patent") entitled "Moving-Picture Coding Apparatus,

Method and Program, and Moving-Picture Decoding Apparatus, Method and Program." On October 4, 2022, the United States Patent and Trademark Office duly and legally issued a Certificate of Correction to the '025 Patent. A true and correct copy of the '025 Patent is attached hereto as Exhibit A.

7.      On May 29, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,986,303 (the "'303 Patent") entitled "Video Image Coding Data Transmitter, Video Image Coding Data Transmission Method, Video Image Coding Data Receiver, and Video Image Coding Data Transmission and Reception System." A true and correct copy of the '303 Patent is attached hereto as Exhibit B.

8.      On February 26, 2019, the United States Patent and Trademark Office duly and legally issued U. S. Patent No. 10,218,995 (the "'995 Patent") entitled "Moving Picture Encoding System, Moving Picture Encoding Method, Moving Picture Encoding Program, Moving Picture Decoding System, Moving Picture Decoding Method, Moving Picture Decoding Program, Moving Picture Reencoding System, Moving Picture Reencoding Method, Moving Picture Reencoding Program." A true and correct copy of the '995 Patent is attached hereto as Exhibit C.

9.      On May 26, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,042,448 (the "'448 Patent") entitled "Moving Picture Encoding System, Moving Picture Encoding Method, Moving Picture Encoding Program, Moving Picture Decoding System, Moving Picture Decoding Method, Moving Picture Decoding Program, Moving Picture Reencoding System, Moving Picture Reencoding Method, and Moving Picture Reencoding Program." A true and correct copy of the '448 Patent is attached hereto as Exhibit D.

10.     On July 24, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,230,101 (the "'101 Patent") entitled "Server Device for Media, Method

for Controlling Server for Media, and Program." A true and correct copy of the '101 Patent is attached hereto as Exhibit E.

11.     On September 28, 2010, the United States Patent and Trademark Office duly and legally issued U. S. Patent No. 7,804,891 (the "'891 Patent") entitled "Device and Method for Judging Communication Quality and Program Used for the Judgment." A true and correct copy of the '891 Patent is attached hereto as Exhibit F.

12.     ACT is the sole and exclusive owner of all right, title, and interest in the '025 Patent, the '303 Patent, the '995 Patent, the '448 Patent, the '101 Patent, and the '891  (collectively, the "Patents-in-Suit") and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. ACT also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit.

## FACTUAL ALLEGATIONS

13.     The Patents-in-Suit generally relate to systems and methods for coding and decoding data efficiently.

14.     The '025 Patent generally relates to efficient methods of video encoding and decoding using motion compensation. The technology described in the '025 Patent was developed by Satoru Sakazume of Victor Company of Japan, Ltd.

15.     The '303 Patent generally relates to technology that allows for the efficient transmission and reception of two different resolutions of video data. The technology described in the '303 Patent was developed by Hideki Takehara and Motoharu Ueda of JVC Kenwood Corporation.

16.     The '995 Patent generally relates to hierarchical encoding that implements a process for super-resolution enlargement of video signals. The technology described in the '995 Patent was developed by Satoru Sakazume of JVC Kenwood Corporation.

17.     The '448 Patent generally relates to hierarchical encoding that implements a process for super-resolution enlargement of video signals. The technology described in the '448 Patent was developed by Satoru Sakazume of JVC Kenwood Corporation.

18.     The '101 Patent generally relates to a server for media capable of smoothly dealing with a large amount of digital contents. The technology described in the '101 Patent was developed by Satoru Sekiguchi, Yoshio Sonoda, Isao Nakamura, Masamichi Furukawa, Yoshihia Mashita, Tomoaki Yoshida, and Masahito Watanabe of Kabushiki Kaisha Kenwood.

19.     The '891 Patent generally relates to judging communication quality in a communication system, and a program for causing a computer to execute the judgment. The technology described in the '891 Patent was developed by Taichi Majima of Kabushiki Kaisha Kenwood.

20.     Defendant has infringed and continue to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import products, including Defendant's iPhones, iPads, Macs, and Defendant's software and services, such as Safari, QuickTime, and Apple TV+, and chipsets thereof, that implement the AV1 technology claimed by the Patents-in-Suit, as described below.

21.     Defendant has been on actual notice of the '025 Patent and Defendant's infringement thereof at least as of February 24, 2012, when it was cited during prosecution of Defendant's United States Provisional Patent Application No. 61/603,047, entitled "Pixel Patch Collection for Prediction in Video Coding System."

22.     In January 2018, Defendant joined the Alliance for Open Media ("AOM"), a non-profit industry consortium headquartered in Wakefield, Massachusetts, and formed to develop open, royalty-free technology for multimedia delivery. https://bitmovin.com/apple-joins-av1-codec-consortium;    https://aomedia.org/about/.    AOM    is    the    creator    of    AV1. https://aomedia.org/about/.

23.     Apple's Director of Embedded Media, Krasimir Kolarov, is currently listed on AOM's Steering Committee:

The AOMedia Steering Committee is responsible for the leadership and general management of AOMedia, including setting its mission, vision and objectives. The Steering Committee consists of the following representatives:

| Member | Organization |
| --- | --- |
| John Elovson | Amazon |
| Krasimir Kolarov | Apple |
| Dale Mohlenhoff (*Finance*) | Cisco |
| Matt Frost (Chair) | Google |
| Iole Moccagatta | Intel |
| David Ronca | Meta |
| Steven Lees | Microsoft |
| Daniel Nazer | Mozilla |
| Anne Aaron (*Vice-Chair, Communications / Membership*) | Netflix |
| Frans Sijstermans | nVIDIA |
| Kwang Pyo Choi | Samsung |
| Shan Liu | Tencent |

Source: https://aomedia.org/about/



## About

• Extensive engineering, technical business development and marketing knowledge and experience in the areas of Embedded Media, Wireless Communication, Security, Cable and Broadband, Information Technology, Industry-University relationships and programs.
• Expert technical knowledge and experience in a number of areas - signal processing (image and video), multicore, compression, robotics, haptics, artificial intelligence, mathematics.
• Extensive product shipping, algorithmic development and experience with: video and image quality; novel video compression technologies, software and hardware; HDR, WCG, color and display technologies; adaptive streaming (FPS), broadband and cable technology; embedded printing (AirPrint) and other next generation technologies.

Specialties: Engineering Management, Strategic Partnerships, Media Standards, setting up new technology start-up, inventing and developing innovative technology and IP, securing customers and financing.

Pioneered, standartized and lead industry adoption of media video and image technologies (CMAF, MIAF and WebVC) .
Chair MPEG Applications Formats Group and CTA WAVE CMAF-IF (Industry Forum) Group.
On the Steering Committee of CTA WAVE and the Board of AOM (Alliance for Open Media).

24.    Source:

https://www.linkedin.com/in/krasimirkolarov?original_referer=https%3A%2F%2Fwww.google.com%2F

25.    Defendant has further had actual notice of the Patents-in-Suit based on their assertion in the infringement actions styled *Advanced Coding Technologies, LLC v. Apple, Inc.*, Case No. 2:24-cv-00572-JRG (E.D. Tex. July 22, 2024) and *Advanced Coding Technologies LLC*

*v. Apple, Inc.*, Case No. 2:24-cv-00687-JRG (E.D. Tex. Aug. 20, 2024). Upon information and belief, Defendant has known of Plaintiff's portfolio at least as of the July 22, 2024 filing date of the first infringement action.

26.    ACT has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Asserted Patents.

## COUNT I
### (Infringement of the '025 Patent)

27.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

28.    ACT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '025 Patent.

29.    Defendant has and continues to directly infringe the '025 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '025 Patent. Such products include at least all iPhones and iPads running iOS 15 or later (e.g., iPhone 15, iPhone Pro, iPad Pro (11-inch, M4, 2024), iPad Pro (13-inch, M4, 2024)), all Macs running macOS Big Sur or later (e.g., iMac (24-inch, 2023), MacBook Pro (14-inch, Nov 2023), MacBook Pro (16-inch, Nov 2023), MacBook Air (13-inch, M3, 2024), and MacBook Air (15-inch, M3, 2024)), and all Apple TVs running tvOS 14 or later, in addition to Apple software and services, such as Safari, QuickTime, and Apple TV+ (the '025 Accused Products) (https://www.coconut.co/articles/ultimate-guide-apples-av1-support-2023; https://bitmovin.com/av1-playback-support), which practice a moving-picture decoding method comprising the steps of: demultiplexing coded data from an input signal based on a specific syntax structure, the input signal being obtained by multiplexing a coded bitstream obtained by predictive coding, border motion-vector data and post-quantization data obtained by quantization

in the predictive coding, the coded bitstream obtained by producing and encoding a residual picture that is a residual signal between a picture to be coded that is an input moving-picture video signal to be subjected to coding and a predictive picture produced from a reference picture that is a local decoded video signal for each of a plurality of rectangular zones, each composed of a specific number of pixels, into which a video area of the moving-picture video signal is divided, obtaining a boundary condition of each of a plurality of borders between the rectangular zones and another plurality of rectangular zones adjacent to the rectangular zones, finding a border, of the reference picture, having a boundary condition that matches the boundary condition, by motion-vector search in the reference picture, and generating the border motion-vector data that is data on a motion vector from a border of the rectangular zone in the picture to be coded to the border of the reference picture thus found, defining a boundary condition of a border that corresponds to the border motion-vector data, from the reference picture based on the border motion-vector data, and generating an estimated video signal in each rectangular zone in the picture to be coded, that satisfies Poisson's Equation, thus producing the predictive picture; performing entropy decoding to the data thus demultiplexed to generate, at least, the post-quantization data, the border motion-vector data and parameter data required for constructing a specific syntax structure; performing inverse-quantization to the post-quantization data to generate post-quantization orthogonal transform coefficients data; performing inverse-orthogonal transform to the post-quantization orthogonal transform coefficients data to produce a decoded residual picture of one video area; defining a boundary condition of a border that corresponds to the border motion-vector data, from the reference picture based on the border motion-vector data, and generate an estimated video signal in each rectangular zone in the picture to be coded, that satisfies Poisson's Equation, thus producing a first predictive picture; combining the first predictive picture and the decoded residual

picture to generate a decoded moving-picture signal; and storing the decoded moving-picture signal for at least one picture as a reference picture.

30.     For example, Defendant has and continues to directly infringe at least claim 10 of the '025 Patent by making, using, offering to sell, selling, and/or importing into the United States iPhones, iPads, Macs, and Apple software and services, such as Safari, QuickTime, and Apple TV+, and chipsets thereof, that are compliant with the AV1 and/or SVT-AV1 Standards, such as the '025 Accused Products.

31.     The '025 Accused Products demultiplex coded data from an input signal based on a specific syntax structure, the input signal being obtained by predictive coding, border motion-vector data, and post-quantization data obtained by quantization in the predictive coding:

**Supported video codecs (AU7/BEA Series)**

| File format | Container | Video codecs | Resolution | Frame rate (fps) | Bitrate (Mbps) | Audio codecs |
|---|---|---|---|---|---|---|
| *.avi | | H.264 BP/MP/HP | 3840 x 2160 | 3840 x 2160: 30 1920 x 1080: 60 | 50 | |
| *.mkv | | | | | | |
| *.asf | | HEVC (H.265 - Main, Main10) | | 60 | 50 | Dolby Digital |
| *.wmv | AVI | | | | | |
| *.mp4 | MKV | Motion JPEG | 1920 x 1080 | 60 | 20 | LPCM |
| *.mov | ASF | MVC | | | | ADPCM(IMA, MS) |
| *.3gp | MP4 | MPEG4 SP/ASP | | | | AAC |
| *.vro | 3GP | Window Media Video v9 (VC1) | | | | HE-AAC |
| *.mpg | MOV | MPEG2 | | | | WMA |
| *.mpeg | FLV | MPEG1 | | | | Dolby Digital+ |
| *.ts | VRO | Microsoft MPEG-4 v1, v2, v3 | | | | MPEG(MP3) |
| *.tp | VOB | Window Media Video v7 (WMV1), v8 (WMV2) | | 30 | | AC-4 |
| *.trp | PS | | | | | G.711(A-Law, μ-Law) |
| *.flv | TS | H.263 Sorrenson | | | | OPUS |
| *.vob | SVAF | VP6 | | | | |
| *.svi | | | | | | |
| *.m2ts | | AV1 | 3840 x 2160 | 60 | 40 | |
| *.mts | | | | | | |
| *.webm | WebM | VP8 | 1920 x 1080 | 60 | 20 | Vorbis |
| | | VP9 (Profile 0, profile 2 supported) | 3840 x 2160 | 60 | 50 | |
| | | AV1 | 3840 x 2160 | 60 | 40 | |
| *.rmvb | RMVB | RV8/9/10 (RV30/40) | 1920 x 1080 | 60 | 20 | RealAudio 6 |

Source: https://downloadcenter.Apple.com/content/UM/202109/20210930143505633/

OSNDVBADA-7.1.0_EM_OSCAR_ASIA_ENG_210709.0.pdf



**FIGURE 1.** Block diagram of a typical hybrid video encoder.

Source: https://ieeexplore.ieee.org/ielx7/8784029/9314963/09536216.pdf

32.    The coded bitstream in the '025 Accused Products is obtained by producing and encoding a residual picture that is a residual signal between a picture to be coded that is an input moving-picture video signal to be subjected to coding and a predictive picture produced from a reference picture that is a local decoded video signal for each of a plurality of rectangular zones, each composed of a specific number of pixels, into which a video area of the moving-picture video signal is divided:



**FIGURE 1.** Block diagram of a typical hybrid video encoder.

**FIGURE 2.** AV1 10-way block partition tree structure.

Source: https://ieeexplore.ieee.org/ielx7/8784029/9314963/09536216.pdf

33.    The '025 Accused Products obtain a boundary condition of each of a plurality of borders between the rectangular zones and another plurality of rectangular zones adjacent to the rectangular zones, find a border, of the reference picture, having a boundary condition that matches the boundary condition, by motion-vector search in the reference picture, and generate the border motion-vector data that is data on a motion vector from a border of the rectangular zone in the picture to be coded to the border of the reference picture thus found, by using the motion estimation

process for a block and locating the pixel values at the border between the current block and the neighboring block. Border motion-vector data is generated when a boundary condition in the reference frame matches the boundary condition in the current frame, and the block motion estimation algorithm uses a comparison of these boundary conditions to generate motion vectors:

> **C. INTER PREDICTION**
> In inter-frame prediction, the block is predicted from samples belonging to previously encoded frames. Both AV1 and VVC use Motion Estimation (ME) and Motion Compensation (MC) algorithms in addition to motion vector prediction tools to reduce the amount of lateral data. Both video formats allow block sizes from 128×128 to 4×4 in inter prediction. VVC and AV1 can evaluate 28 and 22 block sizes, respectively, in function of the difference between their frame partition processes.

Source: https://ieeexplore.ieee.org/document/8296419

34.    The '025 Accused Products define a boundary condition of a border that corresponds to the border motion-vector data, from the reference picture based on the border motion-vector data and generate an estimated video signal in each rectangular zone in the picture to be coded, that satisfies Poisson's Equation, thus producing the predictive picture. For example, the estimated signal generation process in AV1 and/or SVT-AV1 satisfies Poisson's Equation via the use of smoothing algorithms in Overlapped Block Motion Compensation ("OMBC"). The process involves finding predicted pixels of a block in steady state (that minimizes the residual). The estimated video signal is used to produce a predictive picture (*e.g.*, predictive sample):

(see Fig.2(b) for a 32-tap example) and formulated as

$$w_K(k) = \frac{1}{2}sin(\frac{\pi}{2K}(k+\frac{1}{2})) + \frac{1}{2}, k = 0, 1, ..., K-1 \quad (1)$$

is applied to every column (see Fig.2(a)) of the overlapping region, and updates $p_{obmc}(x,y)$ as

$$w_{\frac{N}{2}}(y)p_{obmc}(x,y) + (1 - w_{\frac{N}{2}}(y))p_i(x,y). \quad (2)$$

This filter approximately averages the predictions at the common edge, and gradually reduces the influence of the new prediction $p_i$ until it vanishes at the mid-line of the current block, because the conventional block matching $p_0$ often works best for pixels in the center. Then we move on to the second stage to exploit predictors of the left neighbors. Likewise, 1-D filtering will be performed on top of the $p_{obmc}(x,y)$ updated after the first phase: (1) the overlapping region for each left neighbors will be on the right side of the common edge, e.g. the shaded area for $p_4$ in Fig.1(b); (2) we apply the 1-D filter in the horizontal direction, i.e.

$$p_{obmc}(x,y) := w_{\frac{M}{2}}(x)p_{obmc}(x,y) + (1 - w_{\frac{M}{2}}(x))p_i(x,y). \quad (3)$$

Source: https://ieeexplore.ieee.org/document/8296419



Source: https://wenxiaoming.github.io/2019/03/02/The-overview-of-AV1-coding/

35. The '025 Accused Products perform entropy decoding to the data thus demultiplexed to generate, at least, the post-quantization data, the border motion-vector data and parameter data required for constructing a specific syntax structure:

**E. ENTROPY CODING**

The entropy coding processes the symbols (quantized coefficients and lateral data) to reduce their statistical redundancy by applying lossless algorithms.

AV1 uses a symbol-to-symbol adaptive multi-symbol arithmetic coder with the probability being updated every new symbol. Each syntax element in AV1 is a member of an alphabet of $N$ elements, and a context consists of a set of $N$ probabilities together with a small count to facilitate fast early adaptation [2].

**D. TRANSFORMS AND QUANTIZATION**

The prediction error, or the residues, between the intra and inter prediction and the original blocks are processed by the transform module (T module, in Fig. 1), which converts the values from the spatial domain to the frequency domain. Then, the quantization step (Q module in Fig. 1) is applied to the transformed coefficients to attenuate or eliminate values associated with spectral components that are not perceptually relevant for the human visual system.

Source: https://ieeexplore.ieee.org/ielx7/8784029/9314963/09536216.pdf

36.    The '025 Accused Products perform inverse-quantization to the post-quantization data to generate post-quantization orthogonal transform coefficients data and perform inverse-orthogonal transform to the post-quantization orthogonal transform coefficients data to produce a decoded residual picture of one video area.

37.    The '025 Accused Products define a boundary condition of a border that corresponds to the motion-vector data, from the reference picture based on the border motion-vector data and generate an estimated video signal in each rectangular zone in the picture to be coded, that satisfied Poisson's Equation, thus producing a first predictive picture.

38.    The '025 Accused Products combine the first predictive picture and the decoded residual picture to generate a decoded moving-picture signal:



Source: https://wenxiaoming.github.io/2019/03/02/The-overview-of-AV1-coding/

## 7.14. Loop filter process

### 7.14.1. General

Input to this process is the array CurrFrame of reconstructed samples.

Output from this process is a modified array CurrFrame containing deblocked samples.

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, Page 307

39.     The '025 Accused Products store the decoded moving-picture signal for at least one picture as a reference picture, by updating the set of reference frames.

40.    Defendant has and continues to directly infringe at least claim 10 of the '025 Patent by making, using, offering to sell, selling, and/or importing into the United States products that implement AV1 and/or SVT-AV1 standards, such as the '025 Accused Products.

41.    Defendant has been on actual notice of the '025 Patent and Defendant's infringement thereof at least as of February 24, 2012, when it was cited during prosecution of Defendant's United States Provisional Patent Application No. 61/603,047, entitled "Pixel Patch Collection for Prediction in Video Coding System."

42.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '025 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '025 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the '025 Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the '025 Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Defendant's inducement, Defendant's customers and end-users use the '025 Accused Products in a way Defendant intends and they directly infringe the '025 Patent. Defendant performs these affirmative acts with knowledge of the '025 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '025 Patent.

43.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '025 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement

by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '025 Accused Products in this District and elsewhere in the United States and causing the '025 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '025 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '025 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '025 Patent. Defendant performs these affirmative acts with knowledge of the '025 Patent and with intent, or willful blindness, that they cause the direct infringement of the '025 Patent.

44.    Defendant's infringement of the '025 Patent is and has been willful. Defendant was on notice of the existence of the '025 Patent and its infringement thereof or has been willfully blind as to the existence of the '025 Patent and its infringement thereof. As one example, Defendant is a founding member of the Alliance for Open Media, the organization that publishes the AV1 Specification. The Alliance for Open Media's stated goal was to create a video codec that was free of patent licensing obligations associated with prior video codecs. Defendant's preference would be that its products previously used a video codec called HEVC, and Defendant was motivated to avoid HEVC licensing fees by developing AV1 through the Alliance for Open Media. https://bitmovin.com/apple-joins-av1-codec-consortium. The Alliance for Open Media, including Defendant, conducted a "comprehensive evaluation of the video codec patent landscape and performance of patent due diligence by world-class codec engineers and legal professionals during the    development    stage."    https://aomedia.org/press%20releases/the-alliance-for-open-media-

statement/. Upon information and belief, this "patent due diligence" either uncovered the existence of the '025 Patent and Defendant's infringement thereof, or should have uncovered the existence of the '025 Patent and Defendant's infringement thereof. Defendant could not have reasonably believed that the development of the AV1 video codec could not infringe any valid patent claims, including those of the '025 Patent.

45.    Upon information and belief, Defendant had actual knowledge of the '025 Patent from related prior litigations accusing products with similar AV1 functionalities involving direct competitors of Defendant.

46.    ACT has suffered damages as a result of Defendant's direct and indirect infringement of the '025 Patent in an amount to be proved at trial.

47.    Defendant's direct and indirect infringement of the '025 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of ACT's rights under the '025 Patent. ACT is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

### COUNT II
### (Infringement of the '303 Patent)

48.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

49.    ACT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '303 Patent.

50.    Defendant has and continues to directly infringe the '303 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '303 Patent. Such products include at least all iPhones and iPads running iOS 15 or later (e.g., iPhone 15, iPhone Pro, iPad Pro (11-inch, M4,

2024), iPad Pro (13-inch, M4, 2024)), all Macs running macOS Big Sur or later (e.g., iMac (24-inch, 2023), MacBook Pro (14-inch, Nov 2023), MacBook Pro (16-inch, Nov 2023), MacBook Air (13-inch, M3, 2024), and MacBook Air (15-inch, M3, 2024)), and all Apple TVs running tvOS 14 or later, in addition to Apple software and services, such as Safari, QuickTime, and Apple TV+ (the '303 Accused Products) (https://www.coconut.co/articles/ultimate-guide-apples-av1-support-2023; https://bitmovin.com/av1-playback-support), which include a video image coding data receiver comprising a processor and a memory unit having instructions stored which, when executed by the processor, cause the processor to perform operations comprising receiving basic video image coding data; decoding the received basic video image coding data so as to reproduce a video image; receiving supplementary video image coding data including a supplementary hierarchical picture whose coding order and display order are earlier by a factor of a group of pictures including an intra coded picture and a plurality of inter prediction coded pictures than those of a basic hierarchical picture included in the basic video image coding data, a basic hierarchy and a supplementary hierarchy being set in units of the group of pictures; acquiring basic video image coding data received before supplementary video image coding data that has been received at the moment; and reconstructing video image coding data from the basic video image coding data and the supplementary video image coding data.

51.    For example, Defendant has and continues to directly infringe at least claim 1 of the '303 Patent by making, using, offering to sell, selling, and/or importing into the United States iPhones, iPads, Macs, and Apple software and services, such as Safari, QuickTime, and Apple TV+, and chipsets thereof, that are compliant with the AV1 and/or SVT-AV1 Standards, such as the '303 Accused Products.

52.    The '303 Accused Products are video image coding data receivers that include a processor and a memory.

53.    The '303 Accused Products are configured to receive and decode basic video image coding data, such as a bitstream of video at 720p resolution, and to decode that data to reproduce a video image.

54.    The '303 Accused Products are configured to receive supplementary video image coding data including a supplementary hierarchical picture, such as a bitstream of video at 1080p resolution.

55.    The supplementary hierarchical picture's coding order and display order are earlier than those of a basic hierarchical picture by a factor of a group of pictures. For example, AV1 uses an S frame to switch to lower or higher frame rates:

**Switch Frame**
An inter frame that can be used as a point to switch between sequences. Switch frames overwrite all the reference frames without forcing the use of intra coding. The intention is to allow a streaming use case where videos can be encoded in small chunks (say of 1 second duration), each starting with a switch frame. If the available bandwidth drops, the server can start sending chunks from a lower bitrate encoding instead. When this happens the inter prediction uses the existing higher quality reference frames to decode the switch frame. This approach allows a bitrate switch without the cost of a full key frame.

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, at Page 5

56.    Each Group of Pictures includes an intra coded picture and a plurality of inter prediction coded pictures:

**frame_type** specifies the type of the frame:

| frame_type | Name of frame_type |
|---|---|
| 0 | KEY_FRAME |
| 1 | INTER_FRAME |
| 2 | INTRA_ONLY_FRAME |
| 3 | SWITCH_FRAME |

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, at Page 150

57.     The supplementary hierarchical picture's coding order and display order are earlier than the basic hierarchical picture because the received data is stored in a buffer before decoding:



Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, at Pages 654-55

58.     Therefore, when an S frame switches from basic to supplementary video data, basic hierarchical pictures are still decoded and displayed out of the buffer.

59.     The '303 Accused Products are configured to acquire basic video image coding data from the buffer, which has been received before supplementary video image coding data that has been received at the moment of the switch in resolutions.

60.     The '303 Accused Products reconstruct video image coding data from the basic video image coding data and the supplementary video image coding data:

### 7.12.3. Reconstruct process

The reconstruct process is invoked to perform dequantization, inverse transform and reconstruction. This process is triggered at a point defined by a function call to reconstruct in the transform block syntax table described in section 5.11.35.

The inputs to this process are:

- a variable plane specifying which plane is being reconstructed,

- variables x and y specifying the location of the top left sample in the CurrFrame[ plane ] array of the current transform block,

- a variable txSz, specifying the size of the transform block.

The outputs of this process are reconstructed samples in the current frame CurrFrame.

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, at Page 294

61.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '303 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Defendant's customers and end-users, in this District and elsewhere in the United States. For example, Defendant's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '303 Patent. Defendant induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the '303 Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the '303 Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Defendant e's inducement, Defendant's customers and end-users use the '303 Accused Products in a way Defendant intends and they directly infringe the '303 Patent. Defendant performs these affirmative acts with knowledge of the '303 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '303 Patent.

62. Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '303 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '303 Accused Products in this District and elsewhere in the United States and causing the '303 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the '303 Accused Products, such that the '303 Patent is directly infringed by others. The accused components within the '303 Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '303 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '303 Patent. Defendant performs these affirmative acts with knowledge of the '303 Patent and with intent, or willful blindness, that they cause the direct infringement of the '303 Patent.

63. Defendant's infringement of the '303 Patent is and has been willful. Defendant was on notice of the existence of the '303 Patent and its infringement thereof, or has been willfully blind as to the existence of the '303 Patent and its infringement thereof. As one example, Defendant is a founding member of the Alliance for Open Media, the organization that publishes the AV1 Specification. The Alliance for Open Media's stated goal was to create a video codec that was free of patent licensing obligations associated with prior video codecs. Defendant's preference would be that its products previously used a video codec called HEVC, and Defendant was motivated to avoid HEVC licensing fees by developing AV1 through the Alliance for Open Media. https://bitmovin.com/apple-joins-av1-codec-consortium. The Alliance for Open Media, including Defendant, conducted a "comprehensive evaluation of the video codec patent landscape and

performance of patent due diligence by world-class codec engineers and legal professionals during the development stage." https://aomedia.org/press%20releases/the-alliance-for-open-media-statement/. Upon information and belief, this "patent due diligence" either uncovered the existence of the '303 Patent and Defendant's infringement thereof, or should have uncovered the existence of the '303 Patent and Defendant's infringement thereof. Defendant could not have reasonably believed that the development of the AV1 video codec could not infringe any valid patent claims, including those of the '303 Patent.

64.    Upon information and belief, Defendant had actual knowledge of the '303 Patent from related prior litigations accusing products with similar AV1 functionalities involving direct competitors of Defendant.

65.    ACT has suffered damages as a result of Defendant's direct and indirect infringement of the '303 Patent in an amount to be proved at trial.

66.    Defendant's direct and indirect infringement of the '303 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of ACT's rights under the '303 Patent. ACT is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

<u>**COUNT III**</u>
**(Infringement of the '995 Patent)**

67.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

68.    ACT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '995 Patent.

69.    Defendant has and continues to directly infringe the '995 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each

and every limitation of one or more claims of the '995 Patent. Such products include at least all iPhones and iPads running iOS 15 or later (e.g., iPhone 15, iPhone Pro, iPad Pro (11-inch, M4, 2024), iPad Pro (13-inch, M4, 2024)), all Macs running macOS Big Sur or later (e.g., iMac (24-inch, 2023), MacBook Pro (14-inch, Nov 2023), MacBook Pro (16-inch, Nov 2023), MacBook Air (13-inch, M3, 2024), and MacBook Air (15-inch, M3, 2024)), and all Apple TVs running tvOS 14 or later, in addition to Apple software and services, such as Safari, QuickTime, and Apple TV+ (the '995 Accused Products) (https://www.coconut.co/articles/ultimate-guide-apples-av1-support-2023; https://bitmovin.com/av1-playback-support), which include a demultiplexer configured to work on a sequence of input encoded bits to implement a process for a prescribed demultiplexing to output at least a first and a second sequence of encoded bits; a first decoder configured to acquire the first sequence of encoded bits obtained with a standard resolution at the demultiplexer to implement thereon a process for a prescribed first decoding to create a sequence of decoded pictures with a standard resolution; a first super-resolution enlarger configured to acquire the sequence of decoded pictures created with a standard resolution at the first decoder to work on the sequence of decoded pictures to implement an interpolation of pixels with a first enlargement to create a sequence of super-resolution enlarged decoded pictures with a first resolution higher than a standard resolution; a first resolution converter configured to acquire the sequence of super-resolution enlarged decoded pictures created at the first super-resolution enlarger to work on the sequence of super-resolution enlarged decoded pictures to implement a process for a prescribed resolution conversion to create a sequence of super-resolution decoded pictures with a standard resolution; a second decoder configured to acquire the second sequence of encoded bits obtained with a standard resolution at the demultiplexer as a set of decoding targets, the sequence of decoded pictures created with the standard resolution at the first decoder as a set of first reference pictures,

and the sequence of super-resolution decoded pictures created with the standard resolution at the first resolution converter as a set of second reference pictures, and select one of the set of first reference pictures and the set of second reference pictures based on reference picture selection information to implement a combination of processes for a prescribed prediction and a prescribed second decoding being a decoding with an extension of the standard resolution, to create a sequence of super-resolution pictures decoded with the standard resolution based on the set of decoding targets and the set of selected reference pictures; and a second resolution converter configured to acquire the sequence of decoded pictures with the standard resolution from the first decoder to work on the sequence of decoded pictures to implement an interpolation of pixels with the second enlargement to create a sequence of enlarged decoded pictures with a high resolution as a second resolution higher than the standard resolution, wherein the set of decoding targets, the set of first reference pictures, and the set of second reference pictures have the same value in spatial resolution.

70.    For example, Defendant has and continues to directly infringe at least claim 2 of the '995 Patent by making, using, offering to sell, selling, and/or importing into the United States iPhones, iPads, Macs, and Apple software and services, such as Safari, QuickTime, and Apple TV+, and chipsets thereof, that are compliant with the AV1 and/or SVT-AV1 Standards, such as the '995 Accused Products.

71.    The '995 Accused Products include a demultiplexer configured to work on a sequence of input encoded bits to implement a process for a prescribed demultiplexing to output at least a first and a second sequence of encoded bits. AV1 and/or SVT-AV1 consist of a pipeline with either super-resolution being active or inactive for each frame.  The demultiplexer generates

two sequences of bits, the first sequence of bits being the I-Frames sent to a first decoder, and the second sequence of bits being P-Frames sent to a second decoder:

## 5.9.2. Uncompressed header syntax

```
FrameIsIntra = 1
```

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, Pages 37-38

72.    The '995 Accused Products include a first decoder configured to acquire the first sequence of encoded bits and decodes the I-Frames received from the demultiplexer.

73.    The '995 Accused Products include a first super-resolution enlarger configured to acquire the sequence of decoded pictures created with a standard resolution at the first decoder. With super-resolution active, after the normal decoding process is completed, the decoded I-Frames (*i.e.*, sequence of decoded pictures created with a standard resolution at the first decoder) are further sent to the deblocking, CDEF, upscale, and loop restoration block, where the decoded pictures are enlarged and upscaled to the original resolution (*i.e.*, higher than the standard resolution). In AV1 and/or SVT-AV1, the upscaling and loop restoration operations are referred to as the super-resolve steps (*i.e.*, the first super-resolution enlarger):



Fig. 4. Frame Super-resolution Framework

Source: https://sci-hub.se/https://ieeexplore.ieee.org/document/8954553

## 7.16. Upscaling process

Input to this process is an array inputFrame of width FrameWidth and height FrameHeight.

The output of this process is a horizontally upscaled frame of width UpscaledWidth and height FrameHeight.

If use_superres is equal to 0, no upscaling is required and this process returns inputFrame.

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, Page 325

74.    The '995 Accused Products include a first resolution converter configured to acquire the sequence of super-resolution enlarged decoded pictures created at the first super-resolution enlarger to work on the sequence of super-resolution enlarged decoded pictures to implement a process for a prescribed resolution conversion to create a sequence of super-resolution decoded pictures with a standard resolution. After the loop restoration process, the reconstructed I-Frames are added to the reference buffer list which are further used for decoding of P-Frames. The reference pictures at the decoding side are scaled according to the resolution of current P-Frame which is to be decoded. Since the first super-resolution enlarger provides an upscaled

decoded reference pictures, the reference pictures are downscaled to match current P-Frame's resolution (frame being decoded by 2nd decoder) to be used as reference picture:

> **A. Scaled Prediction**
>
> In order to enable the codec to switch frame resolutions mid-stream, both AV1 and its predecessor VP9 support the ability to predict across scales in the inter prediction loop. As shown schematically in Fig. 1, this allows any frame or frames to be non-normatively downscaled or upscaled (Fig. 1 shows downscaling only) on-the-fly before encoding at a different resolution. The reconstructed frame after encoding at the reduced or increased resolution then replaces one of the reference buffer slots at that resolution. Therefore, at any point during the encoding and decoding process, any inter frame could be predicted from references that are at different resolutions, and consequently a normative mechanism to predict a block in that frame from a different resolution reference buffer needs to be defined. In principle, as long as we have defined a normative upscaler and a normative downscaler, such prediction across scales would be possible to support. However it would be more compute efficient to combine such rescaling with subpel interpolation for motion compensation, and that is what AV1 does.

Source: https://sci-hub.se/https://ieeexplore.ieee.org/document/8954553

75.    The '995 Accused Products include a second decoder configured to acquire the second sequence of encoded bits obtained with a standard resolution at the demultiplexer as a set of decoding targets, the sequence of decoded pictures created with the standard resolution at the first decoder as a set of first reference pictures, and the sequence of super-resolution decoded pictures created with the standard resolution at the first resolution converter as a set of second reference pictures, and select one of the set of first reference pictures and the set of second reference pictures based on reference picture selection information to implement a combination of processes for a prescribed prediction and a prescribed second decoding being a decoding with an extension of the standard resolution, to create a sequence of super-resolution pictures decoded with the standard resolution based on the set of decoding targets and the set of selected reference

pictures. The second decoder decodes the P-Frames. When frames are decoded without super-resolution being active and being used as reference frames, the reconstructed frames are used for inter-prediction of the current frame. When super-resolution is active, AV1 and/or SVT-AV1 produce decoded frames which are references that are super-resolved and then downscaled to match the current frame resolution. The second decoder waits for the current P-Frame to be decoded as received from the demultiplexer, and when it is received, the frame can be decoded based on the relevant reference I-Frame, whether super-resolved or non-super-resolved:

*A. Scaled Prediction*

In order to enable the codec to switch frame resolutions mid-stream, both AV1 and its predecessor VP9 support the ability to predict across scales in the inter prediction loop. As shown schematically in Fig. 1, this allows any frame or frames to be non-normatively downscaled or upscaled (Fig. 1 shows downscaling only) on-the-fly before encoding at a different resolution. The reconstructed frame after encoding at the reduced or increased resolution then replaces one of the reference buffer slots at that resolution. Therefore, at any point during the encoding and decoding process, any inter frame could be predicted from references that are at different resolutions, and consequently a normative mechanism to predict a block in that frame from a different resolution reference buffer needs to be defined. In principle, as long as we have defined a normative upscaler and a normative downscaler, such prediction across scales would be possible to support. However it would be more compute efficient to combine such rescaling with subpel interpolation for motion compensation, and that is what AV1 does.

Source: https://sci-hub.se/https://ieeexplore.ieee.org/document/8954553

76.    Since AV1 and/or SVT-AV1 allow each frame to either be normally decoded or decoded with super-resolve steps, the reference picture buffer set consists of both non-super-resolved and super-resolved reference pictures (reconstructed frames). For the second decoder to decode the current frame, the reference frame is selected based on the reference index. The reference index, which indicates whether a super-resolved or non-super-resolved reconstructed

frame is selected, is the reference picture selection information that is sent in the encoded bitstream.

**ref_frame_idx[ i ]** specifies which reference frames are used by inter frames. It is a requirement of bitstream conformance that RefValid[ ref_frame_idx[ i ] ] is equal to 1, and that the selected reference frames match the current frame in bit depth, profile, chroma subsampling, and color space.

> **Note:** Syntax elements indicate a reference (such as LAST_FRAME, ALTREF_FRAME). These references are looked up in the ref_frame_idx array to find which reference frame should be used during inter prediction. There is no requirement that the values in ref_frame_idx should be distinct.

Source: https://aomediacodec.github.io/av1-spec/av1-spec.pdf, 327

77.     The '995 Accused Products include a second resolution converter configured to acquire the sequence of decoded pictures with the standard resolution from the first decoder to work on the sequence of decoded pictures to implement an interpolation of pixels with the second enlargement to create a sequence of enlarged decoded pictures with a high resolution as a second resolution higher than the standard resolution, wherein the set of decoding targets, the set of first reference pictures, and the set of second reference pictures have the same value in spatial resolution. In AV1 and/or SVT-AV1, the output of the 1st decoder (when super-resolution is not active), the decoded frames (reconstructed references) can also be upscaled. AV1 and/or SVT-AV1 use different 8-tap filter coefficient that can be used for upscaling of the decoded frame.

```
const int16_t av1_resize_filter_normative[(
    1 << RS_SUBPEL_BITS)][UPSCALE_NORMATIVE_TAPS] = {
#if UPSCALE_NORMATIVE_TAPS == 8
  { 0, 0, 0, 128, 0, 0, 0, 0 },         { 0, 0, -1, 128, 2, -1, 0, 0 },
  { 0, 1, -3, 127, 4, -2, 1, 0 },       { 0, 1, -4, 127, 6, -3, 1, 0 },
  { 0, 2, -6, 126, 8, -3, 1, 0 },       { 0, 2, -7, 125, 11, -4, 1, 0 },
  { -1, 2, -8, 125, 13, -5, 2, 0 },     { -1, 3, -9, 124, 15, -6, 2, 0 },
```

Source: https://aomedia.Applesource.com/aom/+/refs/heads/main/av1/common/resize.com

78.    After the reference pictures are selected from the first and second set of reference

picture, the reference pictures are upscaled or downscaled to match to resolution of the encoding

targets:



Fig. 2 shows a scenario where a 4x4 block from the source needs to be predicted from a different resolution reference buffer. The motion vectors transmitted in the bitstream are always at the source resolution. So they are first scaled up or down based on the resolution ratio between the reference and source, and the corresponding source block pixels projected on the reference grid can then be obtained, as shown on the right of Fig. 2. Note that the relative sub-pixel positions horizontally (vertically) on the reference grid are the same in each row (column). Hence, the interpolation for scaled prediction can be implemented simply as separable filtering in each dimension using a suitable starting sub-pixel offset and a sub-pixel step between pixels.

Block to predict    Higher resolution reference

Fig. 2. Predicting a block from different (higher shown) resolution reference

Source: https://sci-hub.se/https://ieeexplore.ieee.org/document/8954553, Page 2

79.    Defendant has indirectly infringed and continues to indirectly infringe one or more

claims of the '995 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others,

such as Defendant's customers and end-users, in this District and elsewhere in the United States.

For example, Defendant's customers and end-users directly infringe, either literally or under the

doctrine of equivalents, through their use of the inventions claimed in the '995 Patent. Defendant

induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the '995 Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the '995 Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Defendant's inducement, Defendant's customers and end-users use the '995 Accused Products in a way Defendant intends and they directly infringe the '995 Patent. Defendant performs these affirmative acts with knowledge of the '995 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '995 Patent.

80.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '995 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the '995 Accused Products in this District and elsewhere in the United States and causing the '995 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the '995 Accused Products such that the '995 Patent is directly infringed by others. The accused components within the '995 Accused Products including, but not limited to, software manufactured by Defendant, are material to the invention of the '995 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '995 Patent. Defendant performs these affirmative acts with knowledge of the '995 Patent and with intent, or willful blindness, that they cause the direct infringement of the '995 Patent.

81.    Defendant's infringement of the '995 Patent is and has been willful. Defendant was on notice of the existence of the '995 Patent and its infringement thereof, or has been willfully blind as to the existence of the '995 Patent and its infringement thereof. As one example, Defendant is a founding member of the Alliance for Open Media, the organization that publishes the AV1 Specification. The Alliance for Open Media's stated goal was to create a video codec that was free of patent licensing obligations associated with prior video codecs. Defendant's preference would be that its products previously used a video codec called HEVC, and Defendant was motivated to avoid HEVC licensing fees by developing AV1 through the Alliance for Open Media. https://bitmovin.com/apple-joins-av1-codec-consortium. The Alliance for Open Media, including Defendant, conducted a "comprehensive evaluation of the video codec patent landscape and performance of patent due diligence by world-class codec engineers and legal professionals during the development stage." https://aomedia.org/press%20releases/the-alliance-for-open-media-statement/. Upon information and belief, this "patent due diligence" either uncovered the existence of the '995 Patent and Defendant's infringement thereof, or should have uncovered the existence of the '995 Patent and Defendant's infringement thereof. Defendant could not have reasonably believed that the development of the AV1 video codec could not infringe any valid patent claims, including those of the '995 Patent.

82.    Upon information and belief, Defendant had actual knowledge of the '995 Patent from related prior litigations accusing products with similar AV1 functionalities involving direct competitors of Defendant.

83.    ACT has suffered damages as a result of Defendant's direct and indirect infringement of the '995 Patent in an amount to be proved at trial.

84.     Defendant's direct and indirect infringement of the '995 Patent has been and continues to be willful, intentional, deliberate, and/or in conscious disregard of ACT's rights under the '995 Patent. ACT is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## COUNT IV
### (Infringement of the '448 Patent)

85.     Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

86.     ACT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '448 Patent.

87.     Defendant has and continues to directly infringe the '448 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '448 Patent. Such products include at least all iPhones and iPads running iOS 15 or later (e.g., iPhone 15, iPhone Pro, iPad Pro (11-inch, M4, 2024), iPad Pro (13-inch, M4, 2024)), all Macs running macOS Big Sur or later (e.g., iMac (24-inch, 2023), MacBook Pro (14-inch, Nov 2023), MacBook Pro (16-inch, Nov 2023), MacBook Air (13-inch, M3, 2024), and MacBook Air (15-inch, M3, 2024)), and all Apple TVs running tvOS 14 or later, in addition to Apple software and services, such as Safari, QuickTime, and Apple TV+ (the '448 Accused Products) (https://www.coconut.co/articles/ultimate-guide-apples-av1-support-2023; https://bitmovin.com/av1-playback-support), each of which is a moving picture encoding system that makes an encoding of a sequence of moving pictures with a resolution higher than a standard resolution using moving pictures contents which include a sequence of moving pictures with the standard resolution and do not include a sequence of moving pictures with a resolution higher than the standard resolution, the moving picture encoding system comprising: a first

encoder configured to work on a sequence of moving pictures with a standard resolution to implement a first combination of processes for an encoding and a decoding to create a first sequence of encoded bits and a set of decoded pictures with the standard resolution; a first super-resolution enlarger configured to work on the sequence of moving pictures with the standard resolution to implement a process for a first super-resolution enlargement to create a set of super-resolution enlarged pictures with a resolution higher than the standard resolution; a second super-resolution enlarger configured to acquire the set of decoded pictures from the first encoder to implement thereon a process for a second super-resolution enlargement to create a set of super-resolution enlarged decoded pictures with a resolution higher than the standard resolution; a third resolution converter configured to acquire the set of decoded pictures from the first encoder to implement thereon a process for a third resolution conversion to create a set of resolution converted enlarged decoded pictures with a resolution higher than the standard resolution; and a third encoder configured to have the set of super-resolution enlarged pictures from the first super-resolution enlarger as a set of encoding target pictures, employing the set of super-resolution enlarged decoded pictures from the second super-resolution enlarger and the set of resolution converted enlarged decoded pictures from the third resolution converter as sets of reference pictures, to implement thereon a third combination of processes for a prediction and an encoding to create a third sequence of encoded bits, wherein a spatial resolution of the set of super-resolution enlarged pictures, that of the set of super-resolution enlarged decoded pictures, and that of the set of resolution converted enlarged decoded pictures are made equal; and wherein the third encoder controls a selection of a set of reference pictures and creates a set of data on the selection of the set of reference pictures to identify a selected set of reference pictures during the process for prediction of the third combination.

88.     For example, Defendant has and continues to directly infringe at least claim 1 of the '448 Patent by making, using, offering to sell, selling, and/or importing into the United States the '448 Accused Products.

89.     Each of the '448 Accused Products is a moving picture encoding system that makes an encoding of a sequence of moving pictures with a resolution higher than a standard resolution using moving pictures contents which include a sequence of moving pictures with the standard resolution and do not include a sequence of moving pictures with a resolution higher than the standard resolution, the moving picture encoding system. For example, the libaom-av1 encoder, an implementation of the AV1 encoder specification developed and used by the '448 Accused Products, allows the input video pictures at a higher resolution to be coded at a low resolution. Libaom-av1 allows encoding with different sizes of reference frames (i.e., upscaled or downscaled frames). The encoding pipeline in libaom-av1 consists of different open-loop and closed-loop processes.

*Abstract—* AV1 is a recently standardized royalty-free video codec from the industry consortium Alliance for Open Media. One of the most innovative coding tools supported in AV1 is an in-loop frame super-resolution mode, that allows an encoder to code any frame at a horizontally reduced spatial resolution by one of several levels, followed by upsampling and super-resolving to full resolution, before replacing reference buffers. This mode is partly enabled by a feature in AV1 that natively allows the motion compensated prediction loop to operate across scales between a coded frame and the available references, thereby allowing on-the-fly resolution change mid-stream within a sequence. For the actual super-resolving process a normative upscaler is followed by an in-loop restoration tool that recovers some of the high frequency information lost in the downsampling process. On-the-fly resolution change capability in conjunction with the frame-superresolution mode in AV1 opens up a new dimension for codec bitrate and quality optimization that has not been possible to explore in any prior standardized video codec with (soon expected) decoding hardware support. This paper provides an overview of how the relevant tools work in AV1, but unlocking them with intelligent encoder decisions to extract real-world benefit, is largely left as future work.

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 1 (available at https://ieeexplore.ieee.org/document/8954553).

### 3.7.4  Frame super-resolution

To improve the perceptual quality of decoded pictures, a super-resolution process can be applied at low bitrates. The super-resolution process can be performed on a per-frame basis. First, at the encoder side, the source video is downscaled as a nonnormative procedure. Second, the downscaled video is encoded, followed by deblocking and CDEF filtering processes. Third, a linear upscaling process is applied as a normative procedure to convert the encoded video back to its original resolution. Finally, an LR filter is applied to further recover some lost details of the upscaled picture. The last two steps make up the super-resolving process; the deblocking and CDEF filters are applied at lower spatial resolution on the decoder side, after which the frames are passed through the super-resolution process. To reduce complexity regarding the use of line buffers in hardware implementation, the upscaling and downscaling processes are applied to the horizontal dimension only.

Source: https://aomedia.org/docs/AV1_ToolDescription_v11-clean.pdf, 36.



Source: IEEE, "In-loop Frame Super-resolution in AV1," at 3 (available at https://ieeexplore.ieee.org/document/8954553).

resolution. Therefore, at any point during the encoding and decoding process, any inter frame could be predicted from references that are at different resolutions, and consequently a normative mechanism to predict a block in that frame from a different resolution reference buffer needs to be defined. In principle, as long as we have defined a normative upscaler and a normative downscaler, such prediction across scales would be possible to support. However it would be

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 4 (available at https://ieeexplore.ieee.org/document/8954553).

**Supported video codecs (AU7/BEA Series)**

| File format | Container | Video codecs | Resolution | Frame rate (fps) | Bitrate (Mbps) | Audio codecs |
|---|---|---|---|---|---|---|
| *.avi | | H.264 BP/MP/HP | 3840 x 2160 | 3840 x 2160: 30 1920 x 1080: 60 | 50 | |
| *.mkv | | | | | | |
| *.asf | | HEVC (H.265 - Main, Main10) | | 60 | 50 | Dolby Digital |
| *.wmv | AVI | | | | | LPCM |
| *.mp4 | MKV | Motion JPEG | 1920 x 1080 | 60 | 20 | ADPCM(IMA, MS) |
| *.mov | ASF | MVC | | | | AAC |
| *.3gp | MP4 | MPEG4 SP/ASP | | | | HE-AAC |
| *.vro | 3GP | Window Media Video v9 (VC1) | | | | WMA |
| *.mpg | MOV | MPEG2 | | | | Dolby Digital+ |
| *.mpeg | FLV | MPEG1 | | | | MPEG(MP3) |
| *.ts | VRO | Microsoft MPEG-4 v1, v2, v3 | | | | AC-4 |
| *.tp | VOB | Window Media Video v7 (WMV1), v8 (WMV2) | | 30 | | G.711(A-Law, μ-Law) |
| *.trp | PS | | | | | OPUS |
| *.flv | TS | H.263 Sorrenson | | | | |
| *.vob | SVAF | VP6 | | | | |
| *.svi | | | | | | |
| *.m2ts | | AV1 | 3840 x 2160 | 60 | 40 | |
| *.mts | | | | | | |
| *.webm | WebM | VP8 | 1920 x 1080 | 60 | 20 | Vorbis |
| | | VP9 (Profile 0, profile 2 supported) | 3840 x 2160 | 60 | 50 | |
| | | AV1 | 3840 x 2160 | 60 | 40 | |
| *.rmvb | RMVB | RV8/9/10 (RV30/40) | 1920 x 1080 | 60 | 20 | RealAudio 6 |

Source: https://downloadcenter.Apple.com/content/UM/202109/20210930143505633/
OSNDVBADA-7.1.0_EM_OSCAR_ASIA_ENG_210709.0.pdf

90.    The '448 Accused Products include a first encoder configured to work on a sequence of moving pictures with a standard resolution to implement a first combination of processes for an encoding and a decoding to create a first sequence of encoded bits and a set of decoded pictures with the standard resolution. The libaom-av1 implementation of AV1 encoder, used by the '448 Accused Products, includes a first encoder that encodes the images applied at the input. When super-resolution mode is disabled (i.e., in a first pass), the encoder takes the input images at the original resolution and produces encoded images at the same resolution, such as in open loop I-frame encoding:

**Supported video codecs (AU7/BEA Series)**

| File format | Container | Video codecs | Resolution | Frame rate (fps) | Bitrate (Mbps) | Audio codecs |
|---|---|---|---|---|---|---|
| *.avi | | H.264 BP/MP/HP | 3840 x 2160 | 3840 x 2160: 30<br>1920 x 1080: 60 | 50 | |
| *.mkv | | | | | | |
| *.asf | | HEVC (H.265 - Main, Main10) | | 60 | 50 | |
| *.wmv | AVI | | | | | Dolby Digital |
| *.mp4 | MKV | Motion JPEG | 1920 x 1080 | 60 | 20 | LPCM |
| *.mov | ASF | MVC | | | | ADPCM(IMA, MS) |
| *.3gp | MP4 | MPEG4 SP/ASP | | | | AAC |
| *.vro | 3GP | Window Media Video v9 (VC1) | | | | HE-AAC |
| *.mpg | MOV | MPEG2 | | | | WMA |
| *.mpeg | FLV | MPEG1 | | | | Dolby Digital+ |
| *.ts | VRO | Microsoft MPEG-4 v1, v2, v3 | | | | MPEG(MP3) |
| *.tp | VOB | Window Media Video v7 (WMV1), v8 (WMV2) | | 30 | | AC-4 |
| *.trp | PS | | | | | G.711(A-Law, μ-Law) |
| *.flv | TS | H.263 Sorrenson | | | | OPUS |
| *.vob | SVAF | VP6 | | | | |
| *.svi | | | | | | |
| *.m2ts | | AV1 | 3840 x 2160 | 60 | 40 | |
| *.mts | | | | | | |
| *.webm | WebM | VP8 | 1920 x 1080 | 60 | 20 | Vorbis |
| | | VP9 (Profile 0, profile 2 supported) | 3840 x 2160 | 60 | 50 | |
| | | AV1 | 3840 x 2160 | 60 | 40 | |
| *.rmvb | RMVB | RV8/9/10 (RV30/40) | 1920 x 1080 | 60 | 20 | RealAudio 6 |

Source: https://downloadcenter.Apple.com/content/UM/202109/20210930143505633/
OSNDVBADA-7.1.0_EM_OSCAR_ASIA_ENG_210709.0.pdf

```
static int denoise_and_encode(AV1_COMP *const cpi, uint8_t *const dest,
                              EncodeFrameInput *const frame_input,
                              EncodeFrameParams *const frame_params,
                              EncodeFrameResults *const frame_results) {
  const AV1EncoderConfig *const oxcf = &cpi->oxcf;
  AV1_COMMON *const cm = &cpi->common;
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encodemv.h

```
if (!encode_show_existing_frame(cm)) {
  // Refresh fb_of_context_type[]: see encoder.h for explanation
  if (cm->current_frame.frame_type == KEY_FRAME) {
    // All ref frames are refreshed, pick one that will live long enough
    fb_of_context_type[current_frame_ref_type] = 0;
  } else {
    // If more than one frame is refreshed, it doesn't matter which one we
    // pick so pick the first.  LST sometimes doesn't refresh any: this is ok

    for (int i = 0; i < REF_FRAMES; i++) {
      if (cm->current_frame.refresh_frame_flags & (1 << i)) {
        fb_of_context_type[current_frame_ref_type] = i;
        break;
      }
    }
  }
}
```

```
void av1_encode_mv(AV1_COMP *cpi, aom_writer *w, const MV *mv, const MV *ref,
                   nmv_context *mvctx, int usehp);
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encodemv.h

91.    The '448 Accused Products include a first super-resolution enlarger configured to work on the sequence of moving pictures with the standard resolution to implement a process for a first super-resolution enlargement to create a set of super-resolution enlarged pictures with a resolution higher than the standard resolution. After subsequent processing steps in the AV1 encoding process (e.g., deblocking, CDEF), downscaled or upscaled input images and reference images are upscaled and loop restored for super resolution functionality. Thus, the upscaled and encoded pictures generated based on the downscaled input and reference images are super-resolution enlarged pictures, which have a resolution higher than the input images. The component implementing upscaling of the input images for the above processing step acts as the first resolution enlarger.

*A. Scaled Prediction*

In order to enable the codec to switch frame resolutions mid-stream, both AV1 and its predecessor VP9 support the ability to predict across scales in the inter prediction loop. As shown schematically in Fig. 1, this allows any frame or frames to be non-normatively downscaled or upscaled (Fig. 1 shows downscaling only) on-the-fly before encoding at a different resolution. The reconstructed frame after encoding at the reduced or increased resolution then replaces one of the reference buffer slots at that resolution. Therefore, at any point during the encoding and decoding process, any inter frame could be predicted from references that are at different resolutions, and consequently a normative mechanism to predict a block in that frame from a different resolution reference buffer needs to be defined. In principle, as long as we have defined a normative upscaler and a normative downscaler, such prediction across scales would be possible to support. However it would be more compute efficient to combine such rescaling with subpel interpolation for motion compensation, and that is what AV1 does.

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 2 (available at
https://ieeexplore.ieee.org/document/8954553).



Fig. 1. Scaled prediction framework

Fig: 11, IEEE, "In-loop Frame Super-resolution in AV1," at 2 (available at
https://ieeexplore.ieee.org/document/8954553).

```
// Encode frames.
while (aom_img_read(raw, infile) && frame_count < limit) {
  ++frame_count;
  encode_frame(&codec, raw, frame_count, 1, 0, writer);
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```
void av1_encode_mv(AV1_COMP *cpi, aom_writer *w, const MV *mv, const MV *ref,
                   nmv_context *mvctx, int usehp);
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encodemv.h

```
static int encode_frame(aom_codec_ctx_t *ctx, const aom_image_t *img,
                        aom_codec_pts_t pts, unsigned int duration,
                        aom_enc_frame_flags_t flags, AvxVideoWriter *writer) {
  int got_pkts = 0;
  aom_codec_iter_t iter = NULL;
  const aom_codec_cx_pkt_t *pkt = NULL;
  const aom_codec_err_t res = aom_codec_encode(ctx, img, pts, duration, flags);
  if (res != AOM_CODEC_OK) die_codec(ctx, "Failed to encode frame.");

  while ((pkt = aom_codec_get_cx_data(ctx, &iter)) != NULL) {
    got_pkts = 1;
    if (pkt->kind == AOM_CODEC_CX_FRAME_PKT) {
      const int keyframe = (pkt->data.frame.flags & AOM_FRAME_IS_KEY) != 0;

      if (!aom_video_writer_write_frame(writer, pkt->data.frame.buf,
                                        pkt->data.frame.sz,
                                        pkt->data.frame.pts))
        die_codec(ctx, "Failed to write compressed frame.");
      printf(keyframe ? "K" : ".");
      fflush(stdout);
    }
  `
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

### 3.7.4  Frame super-resolution

To improve the perceptual quality of decoded pictures, a super-resolution process can be applied at low bitrates. The super-resolution process can be performed on a per-frame basis. First, at the encoder side, the source video is downscaled as a nonnormative procedure. Second, the downscaled video is encoded, followed by deblocking and CDEF filtering processes. Third, a linear upscaling process is applied as a normative procedure to convert the encoded video back to its original resolution. Finally, an LR filter is applied to further recover some lost details of the upscaled picture. The last two steps make up the super-resolving process; the deblocking and

Source: https://aomedia.org/docs/AV1_ToolDescription_v11-clean.pdf, 36

```
// Encode frames.
while (aom_img_read(&raw0, infile0)) {
  int flags = 0;

  // configure and encode base layer

  if (keyframe_interval > 0 && frames_encoded % keyframe_interval == 0)
    flags |= AOM_EFLAG_FORCE_KF;
  else
    // use previous base layer (LAST) as sole reference
    // save this frame as LAST to be used as reference by enhancment layer
    // and next base layer
    flags |= AOM_EFLAG_NO_REF_LAST2 | AOM_EFLAG_NO_REF_LAST3 |
             AOM_EFLAG_NO_REF_GF | AOM_EFLAG_NO_REF_ARF |
             AOM_EFLAG_NO_REF_BWD | AOM_EFLAG_NO_REF_ARF2 |
             AOM_EFLAG_NO_UPD_GF | AOM_EFLAG_NO_UPD_ARF |
             AOM_EFLAG_NO_UPD_ENTROPY;
  cfg.g_w = info.frame_width;
  cfg.g_h = info.frame_height;
  if (aom_codec_enc_config_set(&codec, &cfg))
    die_codec(&codec, "Failed to set enc cfg for layer 0");
  if (aom_codec_control(&codec, AOME_SET_SPATIAL_LAYER_ID, 0))
    die_codec(&codec, "Failed to set layer id to 0");
  if (aom_codec_control(&codec, AOME_SET_CQ_LEVEL, 62))
    die_codec(&codec, "Failed to set cq level");
  encode_frame(&codec, &raw0, frame_count++, flags, outfile);
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

92.     The '448 Accused Products include a second super-resolution enlarger configured to acquire the set of decoded pictures from the first encoder to implement thereon a process for a second super-resolution enlargement to create a set of super-resolution enlarged decoded pictures with a resolution higher than the standard resolution. While in-loop processing for super-resolution functionality is enabled, the libaom-av1 encoder uses the downscaled/upscaled reference images (i.e., reconstructed reference images) and input images. After subsequent processing steps (e.g., deblocking, CDEF) these images are upscaled and loop restored for super resolution. Thus, the upscaled and encoded reference pictures generated based on the downscaled/upscaled input images for encoding of the next set of input images have a resolution higher than the input images. The

component implementing the above processing step acts as the second resolution enlarger.

super-resolution mode in the bit-stream syntax. Specifically, if the super-resolution mode is enabled for a frame, the frame is non-normatively downsampled to a lower resolution and coded at lower resolution using higher resolution references in the motion compensation loop, followed by normative upsampling and super-resolving to generate a full resolution output frame that is displayed and that updates a reference frame store slot for use in subsequent frames. Note also that high-performant CNN based and/or

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 4 (available at https://ieeexplore.ieee.org/document/8954553).

### 3.7.4  Frame super-resolution

To improve the perceptual quality of decoded pictures, a super-resolution process can be applied at low bitrates. The super-resolution process can be performed on a per-frame basis. First, at the encoder side, the source video is downscaled as a nonnormative procedure. Second, the downscaled video is encoded, followed by deblocking and CDEF filtering processes. Third, a linear upscaling process is applied as a normative procedure to convert the encoded video back to its original resolution. Finally, an LR filter is applied to further recover some lost details of the upscaled picture. The last two steps make up the super-resolving process; the deblocking and

Source: https://aomedia.org/docs/AV1_ToolDescription_v11-clean.pdf, at 36

*A. Scaled Prediction*

In order to enable the codec to switch frame resolutions mid-stream, both AV1 and its predecessor VP9 support the ability to predict across scales in the inter prediction loop. As shown schematically in Fig. 1, this allows any frame or frames to be non-normatively downscaled or upscaled (Fig. 1 shows downscaling only) on-the-fly before encoding at a different resolution. The reconstructed frame after encoding at the reduced or increased resolution then replaces one of the reference buffer slots at that resolution. Therefore, at any point during the encoding and decoding process, any inter frame could be predicted from references that are at different resolutions, and consequently a normative mechanism to predict a block in that frame from a different resolution reference buffer needs to be defined. In principle, as long as we have defined a normative upscaler and a normative downscaler, such prediction across scales would be possible to support. However it would be more compute efficient to combine such rescaling with subpel interpolation for motion compensation, and that is what AV1 does.

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 2 (available at https://ieeexplore.ieee.org/document/8954553).



Source: IEEE, "In-loop Frame Super-resolution in AV1," at 2 (available at
https://ieeexplore.ieee.org/document/8954553)

```
// Encode frames.
while (aom_img_read(raw, infile) && frame_count < limit) {
    ++frame_count;
    encode_frame(&codec, raw, frame_count, 1, 0, writer);
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```
void av1_encode_mv(AV1_COMP *cpi, aom_writer *w, const MV *mv, const MV *ref,
                   nmv_context *mvctx, int usehp);
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encodemv.h

```c
static int encode_frame(aom_codec_ctx_t *ctx, const aom_image_t *img,
                        aom_codec_pts_t pts, unsigned int duration,
                        aom_enc_frame_flags_t flags, AvxVideoWriter *writer) {
  int got_pkts = 0;
  aom_codec_iter_t iter = NULL;
  const aom_codec_cx_pkt_t *pkt = NULL;
  const aom_codec_err_t res = aom_codec_encode(ctx, img, pts, duration, flags);
  if (res != AOM_CODEC_OK) die_codec(ctx, "Failed to encode frame.");

  while ((pkt = aom_codec_get_cx_data(ctx, &iter)) != NULL) {
    got_pkts = 1;
    if (pkt->kind == AOM_CODEC_CX_FRAME_PKT) {
      const int keyframe = (pkt->data.frame.flags & AOM_FRAME_IS_KEY) != 0;

      if (!aom_video_writer_write_frame(writer, pkt->data.frame.buf,
                                        pkt->data.frame.sz,
                                        pkt->data.frame.pts))
        die_codec(ctx, "Failed to write compressed frame.");
      printf(keyframe ? "K" : ".");
      fflush(stdout);
    }
  }
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```c
  // Encode frames.
  while (aom_img_read(&raw, infile)) {
    int flags = 0;
    if (keyframe_interval > 0 && frame_count % keyframe_interval == 0)
      flags |= AOM_EFLAG_FORCE_KF;
    encode_frame(&codec, &raw, frame_count++, flags, writer);
    frames_encoded++;
    if (max_frames > 0 && frames_encoded >= max_frames) break;
  }

  // Flush encoder.
  while (encode_frame(&codec, NULL, -1, 0, writer)) continue;

  printf("\n");
  fclose(infile);
  printf("Processed %d frames.\n", frame_count);

  aom_img_free(&raw);
  if (aom_codec_destroy(&codec)) die_codec(&codec, "Failed to destroy codec.");

  aom_video_writer_close(writer);

  return EXIT_SUCCESS;
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/simple_encoder.c

93.    The '448 Accused Products include a third resolution converter configured to acquire the set of decoded pictures from the first encoder to implement thereon a process for a third resolution conversion to create a set of resolution converted enlarged decoded pictures with a resolution higher than the standard resolution. For example, during the encoding of I-frames, while in loop proceeding for super-resolution functionality is enabled, the libaom-av1 encoder uses the upscaled reference images (i.e., reconstructed reference images) and downscaled input images, since these downscaled input images are at 2K*2K size and encoded using upscaled reconstructed reference images and output images are produced at 4K*2K size, the component implementing the above processing step acts as the 3rd resolution converter. These images are super-resolution converted enlarged pictures, which have a resolution higher than the input images.

49

```c
// Encode frames.
while (aom_img_read(raw, infile) && frame_count < limit) {
  ++frame_count;
  encode_frame(&codec, raw, frame_count, 1, 0, writer);
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```c
void av1_encode_mv(AV1_COMP *cpi, aom_writer *w, const MV *mv, const MV *ref,
                   nmv_context *mvctx, int usehp);
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encodemv.h

```c
static int encode_frame(aom_codec_ctx_t *ctx, const aom_image_t *img,
                        aom_codec_pts_t pts, unsigned int duration,
                        aom_enc_frame_flags_t flags, AvxVideoWriter *writer) {
  int got_pkts = 0;
  aom_codec_iter_t iter = NULL;
  const aom_codec_cx_pkt_t *pkt = NULL;
  const aom_codec_err_t res = aom_codec_encode(ctx, img, pts, duration, flags);
  if (res != AOM_CODEC_OK) die_codec(ctx, "Failed to encode frame.");

  while ((pkt = aom_codec_get_cx_data(ctx, &iter)) != NULL) {
    got_pkts = 1;
    if (pkt->kind == AOM_CODEC_CX_FRAME_PKT) {
      const int keyframe = (pkt->data.frame.flags & AOM_FRAME_IS_KEY) != 0;

      if (!aom_video_writer_write_frame(writer, pkt->data.frame.buf,
                                        pkt->data.frame.sz,
                                        pkt->data.frame.pts))
        die_codec(ctx, "Failed to write compressed frame.");
      printf(keyframe ? "K" : ".");
      fflush(stdout);
    }
  }
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```c
  // Encode frames.
  while (aom_img_read(&raw, infile)) {
    int flags = 0;
    if (keyframe_interval > 0 && frame_count % keyframe_interval == 0)
      flags |= AOM_EFLAG_FORCE_KF;
    encode_frame(&codec, &raw, frame_count++, flags, writer);
    frames_encoded++;
    if (max_frames > 0 && frames_encoded >= max_frames) break;
  }

  // Flush encoder.
  while (encode_frame(&codec, NULL, -1, 0, writer)) continue;

  printf("\n");
  fclose(infile);
  printf("Processed %d frames.\n", frame_count);

  aom_img_free(&raw);
  if (aom_codec_destroy(&codec)) die_codec(&codec, "Failed to destroy codec.");

  aom_video_writer_close(writer);

  return EXIT_SUCCESS;
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/simple_encoder.c

### 3.7.4 Frame super-resolution

To improve the perceptual quality of decoded pictures, a super-resolution process can be applied at low bitrates. The super-resolution process can be performed on a per-frame basis. First, at the encoder side, the source video is downscaled as a nonnormative procedure. Second, the downscaled video is encoded, followed by deblocking and CDEF filtering processes. Third, a linear upscaling process is applied as a normative procedure to convert the encoded video back to its original resolution. Finally, an LR filter is applied to further recover some lost details of the upscaled picture. The last two steps make up the super-resolving process; the deblocking and

Source: https://aomedia.org/docs/AV1_ToolDescription_v11-clean.pdf

Fig. 4. Frame Super-resolution Framework

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 4 (available at https://ieeexplore.ieee.org/document/8954553)

super-resolution mode in the bit-stream syntax. Specifically, if the super-resolution mode is enabled for a frame, the frame is non-normatively downsampled to a lower resolution and coded at lower resolution using higher resolution references in the motion compensation loop, followed by normative upsampling and super-resolving to generate a full resolution output frame that is displayed and that updates a reference frame store slot for use in subsequent frames. Note also that high-performant CNN based and/or

Source: IEEE, "In-loop Frame Super-resolution in AV1," at 4 (available at https://ieeexplore.ieee.org/document/8954553)

### 3.7.4 Frame super-resolution

To improve the perceptual quality of decoded pictures, a super-resolution process can be applied at low bitrates. The super-resolution process can be performed on a per-frame basis. First, at the encoder side, the source video is downscaled as a nonnormative procedure. Second, the downscaled video is encoded, followed by deblocking and CDEF filtering processes. Third, a linear upscaling process is applied as a normative procedure to convert the encoded video back to its original resolution. Finally, an LR filter is applied to further recover some lost details of the upscaled picture. The last two steps make up the super-resolving process; the deblocking and

Source: https://aomedia.org/docs/AV1_ToolDescription_v11-clean.pdf, 36

*A. Scaled Prediction*

In order to enable the codec to switch frame resolutions mid-stream, both AV1 and its predecessor VP9 support the ability to predict across scales in the inter prediction loop. As shown schematically in Fig. 1, this allows any frame or frames to be non-normatively downscaled or upscaled (Fig. 1 shows downscaling only) on-the-fly before encoding at a different resolution. The reconstructed frame after encoding at the reduced or increased resolution then replaces one of the reference buffer slots at that resolution. Therefore, at any point during the encoding and decoding process, any inter frame could be predicted from references that are at different resolutions, and consequently a normative mechanism to predict a block in that frame from a different resolution reference buffer needs to be defined. In principle, as long as we have defined a normative upscaler and a normative downscaler, such prediction across scales would be possible to support. However it would be more compute efficient to combine such rescaling with subpel interpolation for motion compensation, and that is what AV1 does.

Fig: 33, Source: IEEE, "In-loop Frame Super-resolution in AV1," at 2 (available at https://ieeexplore.ieee.org/document/8954553)

94.     The '448 Accused Products include a third encoder configured to have the set of super-resolution enlarged pictures from the first super-resolution enlarger as a set of encoding target pictures, employing the set of super-resolution enlarged decoded pictures from the second super-resolution enlarger and the set of resolution converted enlarged decoded pictures from the third resolution converter as sets of reference pictures, to implement thereon a third combination of processes for a prediction and an encoding to create a third sequence of encoded bits. For example, when an I-frame is encoded, the encoder acts as a third encoder, using two reference picture sets (i.e., p-reference-frames and downscaled/upscaled reconstruction reference frames). The p-reference-frames (i.e., first reference picture set that is the output of the first encoder) denotes the list of reference pictures consisting of input pictures at the original resolution. On the other hand, reconstruction reference frames (i.e., second reference set that is the output of second resolution converter) denotes the reference picture list which contains the reconstructed pictures.

```c
// Encode frames.
while (aom_img_read(raw, infile) && frame_count < limit) {
    ++frame_count;
    encode_frame(&codec, raw, frame_count, 1, 0, writer);
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```c
void av1_encode_mv(AV1_COMP *cpi, aom_writer *w, const MV *mv, const MV *ref,
                   nmv_context *mvctx, int usehp);
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encodemv.h

```c
static int encode_frame(aom_codec_ctx_t *ctx, const aom_image_t *img,
                        aom_codec_pts_t pts, unsigned int duration,
                        aom_enc_frame_flags_t flags, AvxVideoWriter *writer) {
    int got_pkts = 0;
    aom_codec_iter_t iter = NULL;
    const aom_codec_cx_pkt_t *pkt = NULL;
    const aom_codec_err_t res = aom_codec_encode(ctx, img, pts, duration, flags);
    if (res != AOM_CODEC_OK) die_codec(ctx, "Failed to encode frame.");

    while ((pkt = aom_codec_get_cx_data(ctx, &iter)) != NULL) {
        got_pkts = 1;
        if (pkt->kind == AOM_CODEC_CX_FRAME_PKT) {
            const int keyframe = (pkt->data.frame.flags & AOM_FRAME_IS_KEY) != 0;

            if (!aom_video_writer_write_frame(writer, pkt->data.frame.buf,
                                              pkt->data.frame.sz,
                                              pkt->data.frame.pts))
                die_codec(ctx, "Failed to write compressed frame.");
            printf(keyframe ? "K" : ".");
            fflush(stdout);
        }
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/twopass_encoder.c

```
// Encode frames.
while (aom_img_read(&raw, infile)) {
  int flags = 0;
  if (keyframe_interval > 0 && frame_count % keyframe_interval == 0)
    flags |= AOM_EFLAG_FORCE_KF;

  encode_frame(&codec, &raw, frame_count++, flags, writer);
  frames_encoded++;
  if (max_frames > 0 && frames_encoded >= max_frames) break;
}

// Flush encoder.
while (encode_frame(&codec, NULL, -1, 0, writer)) continue;

printf("\n");
fclose(infile);
printf("Processed %d frames.\n", frame_count);

aom_img_free(&raw);
if (aom_codec_destroy(&codec)) die_codec(&codec, "Failed to destroy codec.");

aom_video_writer_close(writer);

return EXIT_SUCCESS;
}
```

Source: https://github.com/ultrawide/libaom/blob/master/examples/simple_encoder.c

95.    The '448 Accused Products include wherein a spatial resolution of the set of super-resolution enlarged pictures, that of the set of super-resolution enlarged decoded pictures, and that of the set of resolution converted enlarged decoded pictures are made equal. As discussed above, the AV1 encoding process uses downscaled input images which are upscaled using upscaled reconstructed reference images (i.e., reference pictures) and a linear upscale process after deblocking and CDEF steps. Thus, the encoder converts the resolution of applied downscaled input images at various stages to generate the respective upscaled output images (i.e., super-resolution enlarged pictures, super-resolution enlarged decoded pictures, resolution converted enlarged decoded pictures). Since the upscaling is done on the output of all three stages, the resolution of the output images generated via all of the three processes is equal.

### 3.7.4 Frame super-resolution

To improve the perceptual quality of decoded pictures, a super-resolution process can be applied at low bitrates. The super-resolution process can be performed on a per-frame basis. First, at the encoder side, the source video is downscaled as a nonnormative procedure. Second, the downscaled video is encoded, followed by deblocking and CDEF filtering processes. Third, a linear upscaling process is applied as a normative procedure to convert the encoded video back to its original resolution. Finally, an LR filter is applied to further recover some lost details of the upscaled picture. The last two steps make up the super-resolving process; the deblocking and CDEF filters are applied at lower spatial resolution on the decoder side, after which the frames are passed through the super-resolution process. To reduce complexity regarding the use of line buffers in hardware implementation, the upscaling and downscaling processes are applied to the horizontal dimension only.

Source: https://aomedia.org/docs/AV1_ToolDescription_v11-clean.pdf, 36

96.     The '448 Accused Products include a third encoder which controls a selection of a set of reference pictures and creates a set of data on the selection of the set of reference pictures to identify a selected set of reference pictures during the process for prediction of the third combination. As discussed above, the AV1 encoding process uses two sets of reference frames. Since different processes (e.g., motion estimation and mode decision) in encoding use reference pictures from "pa_ref" (i.e., set of first reference pictures) and "recon_ref" (i.e., set of second reference pictures) respectively, it appears that the encoder selects one reference frame from each of the first and second reference picture set, which further constitutes the set of selected reference frames. Further, the reference frame from each first and second set is selected based on the denominator value, which matches the width and current resolution of the input picture.

```c
static int choose_primary_ref_frame(
    const AV1_COMP *const cpi, const EncodeFrameParams *const frame_params) {
  const AV1_COMMON *const cm = &cpi->common;

  const int intra_only = frame_params->frame_type == KEY_FRAME ||
                         frame_params->frame_type == INTRA_ONLY_FRAME;
  if (intra_only || frame_params->error_resilient_mode || cpi->use_svc ||
      cpi->ext_flags.use_primary_ref_none) {
    return PRIMARY_REF_NONE;
  }
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encode_strategy.c

```
static int get_current_frame_ref_type(
    const AV1_COMP *const cpi, const EncodeFrameParams *const frame_params) {
  // We choose the reference "type" of this frame from the flags which indicate
  // which reference frames will be refreshed by it.  More than one  of these
  // flags may be set, so the order here implies an order of precedence. This is
  // just used to choose the primary_ref_frame (as the most recent reference
  // buffer of the same reference-type as the current frame)
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encode_strategy.c

```
void av1_find_best_ref_mvs_from_stack(int allow_hp,
                                      const MB_MODE_INFO_EXT *mbmi_ext,
                                      MV_REFERENCE_FRAME ref_frame,
                                      int_mv *nearest_mv, int_mv *near_mv,
                                      int is_integer);
```

Source: https://github.com/ultrawide/libaom/blob/master/av1/encoder/encode_strategy.c

97.    Apple has indirectly infringed and continues to indirectly infringe one or more claims of the '448 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Apple's customers and end-users, in this Judicial District and elsewhere in the United States. For example, Apple's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '448 Patent. Apple induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the '448 Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the '448 Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Apple's inducement, Apple's customers and end-users use the '448 Accused Products in a way Apple intends and they directly infringe the '448 Patent. Apple performs these affirmative acts with knowledge of the '448 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '448 Patent.

98.    Apple has indirectly infringed and continues to indirectly infringe one or more

claims of the '448 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this Judicial District and elsewhere in the United States. Apple's affirmative acts of selling and offering to sell the '448 Accused Products in this Judicial District and elsewhere in the United States and causing the '448 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the '448 Accused Products, such that the '448 Patent is directly infringed by others. The accused components within the '448 Accused Products including, but not limited to, software manufactured by Apple, are material to the invention of the '448 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Apple to be especially made or adapted for use in the infringement of the '448 Patent. Apple performs these affirmative acts with knowledge of the '448 Patent and with intent, or willful blindness, that they cause the direct infringement of the '448 Patent.

99.    Apple's infringement of the '448 Patent is and has been willful. Apple was on notice of the existence of the '448 Patent and its infringement thereof, or has been willfully blind as to the existence of the '448 Patent and its infringement thereof. As one example, Defendant is a member of the Alliance for Open Media, the organization that publishes the AV1 Specification. The Alliance for Open Media's stated goal was to create a video codec that was free of patent licensing obligations associated with prior video codecs. Defendant's preference would be that its products previously used a video codec called HEVC, and Defendant was motivated to avoid HEVC licensing fees by developing AV1 through the Alliance for Open Media. https://bitmovin.com/apple-joins-av1-codec-consortium. The Alliance for Open Media, including Defendant, conducted a "comprehensive evaluation of the video codec patent landscape and performance of patent due diligence by world-class codec engineers and legal professionals during

the development stage." https://aomedia.org/press%20releases/the-alliance-for-open-media-statement/. Upon information and belief, this "patent due diligence" either uncovered the existence of the '448 Patent and Defendant's infringement thereof, or should have uncovered the existence of the '448 Patent and Defendant's infringement thereof. Defendant could not have reasonably believed that the development of the AV1 video codec could not infringe any valid patent claims, including those of the '448 Patent.

100.    Apple has had actual notice of the '448 Patent from either related prior litigations accusing products with similar AV1 functionalities involving direct competitors of Defendant and/or from its knowledge of ACT's patent portfolio in *Advanced Coding Technologies, LLC v. Apple, Inc.*, Case No. 2:24-cv-00572-JRG (E.D. Tex. July 22, 2024).

101.    ACT has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '448 Patent in an amount to be proved at trial.

## COUNT V
### (Infringement of the '101 Patent)

102.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

103.    ACT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '101 Patent.

104.    Defendant has and continues to directly infringe the '101 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '101 Patent. Such products include at least Apple's systems and devices (Macs, iPhones, iPads, iPod Touch, AppleTV) that perform network content delivery, including using iCloud, HTTP Live Streaming, and Apple HomeKit Secure Video (the '101 Accused Products), which includes a server device for media, the server device

for media comprising: an internal storage device for storing digital contents, wherein the server device for media responds to a data transmission request from a network player by stream-delivering corresponding data in corresponding digital contents from the internal storage device to the network player during connection to a network; a transfer control unit adapted to transfer and store part of held digital contents in the internal storage device to a network storage device, wherein the network storage device is connected to the network and is capable of storing data, and wherein said transfer control unit does not transfer, from the internal storage device to the network storage device, the digital contents that cannot be recovered if a network failure occurs during the transferring of the digital contents from the internal storage device to the network storage device; a list information transmission unit adapted to respond to a list presentation request for the held digital contents of the server device for media from the network player by transmitting list information to the network player, wherein the list information lists the digital contents left in the internal storage device and the digital contents transferred from the internal storage device to the network storage device and stored in the network storage device, and wherein the list information maintains a tree structure of the digital contents in the internal storage device before transferring the digital contents to the network storage device; a search unit adapted to respond to a data transmission request for the held digital contents from the network player by searching for a location where the held digital contents are currently stored; and a digital contents data transmission processing unit adapted to allow the corresponding data in held digital contents to be stream-delivered from the network storage device to the network player, if the result of search shows the network storage device, wherein the server device for media is a media player.

105.    For example, Defendant has and continues to directly infringe at least claim 1 of the '101 Patent by making, using, offering to sell, selling, and/or importing into the United States

the '101 Accused Products.

106.    The '101 Accused Products include a server device for media, the server device for media comprising an internal storage device for storing digital contents. For example, an Apple product, such as a MacBook, iPhone, iPad, iPod Touch, or Apple TV, uses cloud storage such as iCloud to store and deliver the content upon request. The content to be streamed is stored at Apple web servers (i.e., a server device for media which is equipped with an internal storage device for storing digital contents) and delivered to the client device. While delivering the content Apple uses content caching technology to copy the accessed content from the server to local network cache storage efficient access of the content.

## Types of Cached Content

Content caching includes, but is not limited to, these content types:

macOS

- Apple Books content
- Apps and app updates from the Mac App Store
- GarageBand downloadable content
- iCloud data caching (photos and documents)
- macOS installers downloaded from the App Store or `softwareupdate --fetch-full installer`
- macOS updates and Internet Recovery images
- Xcode downloadable components such as simulators
- Rosetta

iOS, iPadOS, and tvOS

- Apple Books content
- Apple TV screensavers
- Apple TV updates (over the air)
- Certain mobile assets, such as Siri high-quality voices and language dictionaries, and more
- iCloud data caching (photos and documents) for iOS and iPadOS
- iOS and iPadOS updates (over the air)
- iPhone, iPad, and Apple TV apps and app updates
- On-demand resources support for iOS, iPadOS, and tvOS

Source: https://it-training.apple.com/tutorials/deployment/dm070/



*With content caching*, when a device on your network downloads content from an Apple content server, the content caching service running on your Mac keeps a copy of the content. When another device on your network requests to download the same content, the update is served from the content cache rather than downloaded from the Apple content server.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

107. The '101 Accused Products include a server device for media responding to a data transmission request from a network player by stream-delivering corresponding data in corresponding digital contents from the internal storage device to the network player during connection to a network. For example, when a client device (i.e., network player) requests content from an Apple content server storage (i.e., internal storage), the Apple server responds by delivering the content to the client device (i.e., network player) requesting the content (i.e., responds to a data transmission request from a network player by stream-delivering corresponding data in corresponding digital contents from the internal storage device to the network player during connection to a network).



*With content caching*, when a device on your network downloads content from an Apple content server, the content caching service running on your Mac keeps a copy of the content. When another device on your network requests to download the same content, the update is served from the content cache rather than downloaded from the Apple content server.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

When an Apple device on your network tries to download Apple content that could be cached, the Apple content server instructs the device to check with the local network's cache first. If the content isn't available there, the content cache requests the content from the Apple server and stores it in the local network's cache. That content is then available for other Apple devices to retrieve without downloading it from the internet. Because a local network normally shares data much faster than the internet, subsequent devices can download cached content faster. Supported content includes operating-system updates, apps, books, iCloud content, and more.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

108.    The '101 Accused Products include a transfer control unit adapted to transfer and store part of held digital contents in the internal storage device to a network storage device, wherein the network storage device is connected to the network and is capable of storing data, and wherein said transfer control unit does not transfer, from the internal storage device to the network storage device, the digital contents that cannot be recovered if a network failure occurs during the transferring of the digital contents from the internal storage device to the network storage device. For example, when a client device sends a request to access the content file (i.e., digital content) stored at the Apple server (i.e.server device), the response delivers the content file and saves/caches a copy of the content to the local network storage. For ex., when a user accesses the content stored at the Apple server and the requested content is not present at the caching

infrastructure, the requested content is delivered from the origin servers and cached at caching infrastructure such as local network storage (i.e., transferring and storing part of held digital contents in the internal storage device to a network storage device). In addition to this, due to certain policy restrictions, not all the content is allowed to be cached (i.e., and wherein the digital contents that cannot be recovered if a network failure occurs during the transferring of the digital contents are not transferred from the internal storage device to the network storage device; ) therefore the server device avoids transferring that non-cachable content to caching infrastructure including CDN (i.e., the digital contents are not transferred from the internal storage device to the network storage device).

## How content caching works

After you turn on content caching on a Mac, the Mac keeps a copy of all content that devices (called *clients*) on the local network can download. Content can also be downloaded from multiple iPhone or iPad devices if they're tethered to a Mac using a cart or USB hub. You can specify ranges of client IP addresses (for example, one or two subnets) that a content cache is best positioned to serve, and optionally you can make that content exclusive to those clients by choosing the "Devices using custom local networks" option. The options are:

Source: https://support.apple.com/en-in/guide/deployment/depde72e125f/web



*With content caching*, when a device on your network downloads content from an Apple content server, the content caching service running on your Mac keeps a copy of the content. When another device on your network requests to download the same content, the update is served from the content cache rather than downloaded from the Apple content server.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

When an Apple device on your network tries to download Apple content that could be cached, the Apple content server instructs the device to check with the local network's cache first. If the content isn't available there, the content cache requests the content from the Apple server and stores it in the local network's cache. That content is then available for other Apple devices to retrieve without downloading it from the internet. Because a local network normally shares data much faster than the internet, subsequent devices can download cached content faster. Supported content includes operating-system updates, apps, books, iCloud content, and more.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

For example, when the first client on your network downloads a macOS update, the content cache keeps a copy of the update. When the next client on the network connects to the App Store to download the update, the update is copied from the content cache rather than from the App Store.
Because the local network is normally much faster than the internet, the second client (and all subsequent clients) download updates much faster.

Source: https://support.apple.com/en-in/guide/deployment/depde72e125f/web

# Country and region restrictions

- Not all content is cached in all regions.
- iTunes downloads are not cached in Brazil, Mexico, China mainland, or Portugal. Apple Books downloads are not cached in Canada.
- When macOS content caching is enabled, the IP address and region of a Mac computer are registered with Apple. To cache iTunes and App Store content, the registered region of the macOS content cache must match the region of the client Apple ID accounts.

Source: https://support.apple.com/en-us/102860

109.     The '101 Accused Products include a list information transmission unit adapted to respond to a list presentation request for the held digital contents of the server device for media from the network player by transmitting list information to the network player, wherein the list information lists the digital contents left in the internal storage device and the digital contents transferred from the internal storage device to the network storage device and stored in the network storage device, and wherein the list information maintains a tree structure of the digital contents

65

in the internal storage device before transferring the digital contents to the network storage device. For example, when a client device (e.g., an iPhone) requests to present the list of photos via its photos application (i.e., Network Player) the Apple server (e.g., iCloud) presents the application with a list of photos if some of these photos are already accessed by the device and if the device uses the content cache the list also includes the content stored in the local storage as well server. Additionally, the list of content stored at local network storage can also be accessed. Thus, the device lists both the content stored at the Apple servers as well as the content present at the local network storage. Users may also view the various log matrices that indicate how much content is served from Apple servers, and how much is from local network storage. The properties of such databases indicate that the content list presented is in a structured format and follows the tree structure.

## Types of Cached Content

Content caching includes, but is not limited to, these content types:

macOS

- Apple Books content
- Apps and app updates from the Mac App Store
- GarageBand downloadable content
- iCloud data caching (photos and documents)
- macOS installers downloaded from the App Store or `softwareupdate --fetch-full installer`
- macOS updates and Internet Recovery images
- Xcode downloadable components such as simulators
- Rosetta

iOS, iPadOS, and tvOS

- Apple Books content
- Apple TV screensavers
- Apple TV updates (over the air)
- Certain mobile assets, such as Siri high-quality voices and language dictionaries, and more
- iCloud data caching (photos and documents) for iOS and iPadOS
- iOS and iPadOS updates (over the air)
- iPhone, iPad, and Apple TV apps and app updates
- On-demand resources support for iOS, iPadOS, and tvOS

Source: https://it-training.apple.com/tutorials/deployment/dm070/



Source: https://www.youtube.com/watch?v=JTpja1TGIWc, at 2:43



Source: https://www.youtube.com/watch?v=JTpja1TGIWc, at 3:08



Source: https://www.youtube.com/watch?v=K1yX1n360dU, at 2:37



Source: https://www.youtube.com/watch?v=babMxI-eh3E, at 4:53

110.    The '101 Accused Products include a search unit adapted to respond to a data transmission request for the held digital contents from the network player by searching for a location where the held digital contents are currently stored. For example, when an Apple device on a network tries to download Apple content that could be cached, the Apple content server

instructs the device to search the content with the local network's cache first. If the content is not available there, the content cache requests the content from the Apple server and stores it in the local network's cache.

> When an Apple device on your network tries to download Apple content that could be cached, the Apple content server instructs the device to check with the local network's cache first. If the content isn't available there, the content cache requests the content from the Apple server and stores it in the local network's cache. That content is then available for other Apple devices to retrieve without downloading it from the internet. Because a local network normally shares data much faster than the internet, subsequent devices can download cached content faster. Supported content includes operating-system updates, apps, books, iCloud content, and more.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

111.    The '101 Accused Products include a digital contents data transmission processing unit adapted to allow the corresponding data in held digital contents to be stream-delivered from the network storage device to the network player, if the result of search shows the network storage device. For example, when an Apple device on your network tries to download Apple content that could be cached, the Apple content server instructs the device to check with the local network's cache first. If the content is available with the content cache it is delivered to the client device from the local network's cache (i.e., allowing the corresponding data in held digital contents to be stream-delivered from the network storage device to the network player).

## How content caching works

> After you turn on content caching on a Mac, the Mac keeps a copy of all content that devices (called *clients*) on the local network can download. Content can also be downloaded from multiple iPhone or iPad devices if they're tethered to a Mac using a cart or USB hub. You can specify ranges of client IP addresses (for example, one or two subnets) that a content cache is best positioned to serve, and optionally you can make that content exclusive to those clients by choosing the "Devices using custom local networks" option. The options are:

Source: https://support.apple.com/en-in/guide/deployment/depde72e125f/web



*With content caching*, when a device on your network downloads content from an Apple content server, the content caching service running on your Mac keeps a copy of the content. When another device on your network requests to download the same content, the update is served from the content cache rather than downloaded from the Apple content server.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

You can use content caching on networks that use network address translation (NAT) for the content cache and all devices, on networks consisting of publicly routable IP addresses, and optionally for devices tethered to a Mac (for example, when provisioning many devices at once using Apple Configurator). Apple devices automatically contact a nearby content cache without any configuration by using a lookup service that maps client private and public IP addresses to configurations registered with Apple from Mac computers with content caching turned on. Because any Apple device on a network silently and automatically uses content caching if available, detailed information on individual assets requested by individual specific clients is not available for privacy reasons. You can, however, query aggregate content caching usage statistics to help measure and gauge performance. For more information, see Plan for and set up content caching.

Source: https://support.apple.com/en-in/guide/deployment/depde72e125f/web

When an Apple device on your network tries to download Apple content that could be cached, the Apple content server instructs the device to check with the local network's cache first. If the content isn't available there, the content cache requests the content from the Apple server and stores it in the local network's cache. That content is then available for other Apple devices to retrieve without downloading it from the internet. Because a local network normally shares data much faster than the internet, subsequent devices can download cached content faster. Supported content includes operating-system updates, apps, books, iCloud content, and more.

Source: https://it-training.apple.com/tutorials/deployment/dm070/

For example, when the first client on your network downloads a macOS update, the content cache keeps a copy of the update. When the next client on the network connects to the App Store to download the update, the update is copied from the content cache rather than from the App Store. Because the local network is normally much faster than the internet, the second client (and all subsequent clients) download updates much faster.

Source: https://support.apple.com/en-in/guide/deployment/depde72e125f/web

112.    The '101 Accused Products include a server device for media, which is a media player. For example, the content at Apple's servers can be played/streamed using various client software (e.g., iTunes, AppleTV, etc.) developed by Apple. The Apple servers (i.e., server devices for media) in integration with such client software, play and/or stream the media files. Therefore, Apple servers act as a media player.

## Find and watch iTunes movies and TV shows

1. Open iTunes Movies [icon] or TV Shows [icon] on Apple TV.

2. In the menu bar, navigate to any of the following categories:

   - *Purchased:* See the movies you've purchased on the iTunes Store, including purchases made on other iOS or iPadOS devices and purchases by Family Sharing members.

   - *Top Movies* or *Top TV Shows:* Browse the top items in the iTunes Store.

   - *Wish List/Favourites:* Find items you've added to your Wish List (Movies) or Favourites (TV shows) but haven't yet purchased or rented.

   Source: https://support.apple.com/en-in/guide/tv/atvb53d6cfb4/tvos

### Types of Cached Content

Content caching includes, but is not limited to, these content types:

macOS

- Apple Books content
- Apps and app updates from the Mac App Store
- GarageBand downloadable content
- iCloud data caching (photos and documents)
- macOS installers downloaded from the App Store or `softwareupdate --fetch-full installer`
- macOS updates and Internet Recovery images
- Xcode downloadable components such as simulators
- Rosetta

iOS, iPadOS, and tvOS

- Apple Books content
- Apple TV screensavers
- Apple TV updates (over the air)
- Certain mobile assets, such as Siri high-quality voices and language dictionaries, and more
- iCloud data caching (photos and documents) for iOS and iPadOS
- iOS and iPadOS updates (over the air)
- iPhone, iPad, and Apple TV apps and app updates
- On-demand resources support for iOS, iPadOS, and tvOS

Source: https://it-training.apple.com/tutorials/deployment/dm070/



*With content caching*, when a device on your network downloads content from an Apple content server, the content caching service running on your Mac keeps a copy of the content. When another device on your network requests to download the same content, the update is served from the content cache rather than downloaded from the Apple content server.

Source: https://it-training.apple.com/tutorials/deployment/dm070/.

113.    Apple has indirectly infringed and continues to indirectly infringe one or more claims of the '101 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Apple's customers and end-users, in this Judicial District and elsewhere in the United States. For example, Apple's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '101 Patent. Apple

induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the '101 Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the '101 Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Apple's inducement, Apple's customers and end-users use the '101 Accused Products in a way Apple intends and they directly infringe the '101 Patent. Apple performs these affirmative acts with knowledge of the '101 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '101 Patent.

114.    Apple has indirectly infringed and continues to indirectly infringe one or more claims of the '101 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this Judicial District and elsewhere in the United States. Apple's affirmative acts of selling and offering to sell the '101 Accused Products in this Judicial District and elsewhere in the United States and causing the '101 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the '101 Accused Products, such that the '101 Patent is directly infringed by others. The accused components within the '101 Accused Products including, but not limited to, software manufactured by Apple, are material to the invention of the '101 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Apple to be especially made or adapted for use in the infringement of the '101 Patent. Apple performs these affirmative acts with knowledge of the '101 Patent and with intent, or willful blindness, that they cause the direct infringement of the '101 Patent.

115.    Apple has had actual notice of the '101 Patent from either related prior litigations accusing products with similar functionalities involving direct competitors of Defendant and/or

from its knowledge of ACT's patent portfolio in *Advanced Coding Technologies, LLC v. Apple, Inc.*, Case No. 2:24-cv-00572-JRG (E.D. Tex. July 22, 2024).

116.    ACT has suffered damages as a result of Defendant's direct, indirect, and willful infringement of the '101 Patent in an amount to be proved at trial.

**COUNT VI**
**(Infringement of the '891 Patent)**

117.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

118.    ACT has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '891 Patent.

119.    Defendant has and continues to directly infringe the '891 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '891 Patent. Such products include at least Apple iPhone, iPad, and Apple Watch products compliant with 5G NR, including but not limited to, the iPhone 15, iPhone 15 Plus, iPhone 15 Pro, iPhone 15 Pro Max, iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max, iPhone SE (2022), iPhone 13, iPhone 13 Mini, iPhone 13 Pro, iPhone 13 Pro Max, iPhone 12, iPhone 12 Mini, iPhone 12 Pro, iPhone 12 Pro Max, iPad Pro 12.9-inch (5th generation or later), iPad Pro 11-inch (3rd generation or later), iPad Air (5th generation), iPad mini (6th generation), iPad (10th generation), and Apple Watch Series 9 (the '891 Accused Products) which include a communication quality judging device comprising: a symbol judging means for obtaining a baseband signal representative of a sequence of multilevel symbols and judging the symbol represented by the baseband signal; a communication quality judging means for judging communication quality of a transmission channel over which the baseband signal has been transmitted, based on content of the symbol judged by the symbol judging means; and a data

changing means for, if the communication quality judged by the communication quality judging means does not satisfy a predetermined condition, making a predetermined change to the data to be transmitted represented by the symbol used in the judgment, wherein at least a portion of a bit string is distinguished as a protected portion, the bit string constituting data to be transmitted represented by the sequence of symbols, and at least a portion of the symbol that belongs to the sequence of symbols contains a bit belonging to the protected portion and a redundant bit having a predetermined value, and wherein the communication quality judging means identifies the number of redundant bits having the predetermined value or the number of redundant bits missing the predetermined value among the redundant bits contained in the symbol that contains a bit belonging to the protected portion, and judges the communication quality of the transmission channel based on the identified result.

120. For example, Defendant has and continues to directly infringe at least claim 1 of the '891 Patent by making, using, offering to sell, selling, and/or importing into the United States the '891 Accused Products.

121. The '891 Accused Products are each a communication quality judging device comprising a symbol judging means for obtaining a baseband signal representative of a sequence of multilevel symbols and judging the symbol represented by the baseband signal. For example, the accused Apple Pixel 8 Pro supports 5G-NR network connectivity. According to 3GPP TS 38.212, the Low-density Parity-check (LPDC) based Cyclic Redundancy Check (CRC) (i.e., a communication quality judging method) is used to detect any error in the transmitted data. CRC includes obtaining a data and control stream (i.e., a baseband signal) that consists of a plurality of bit streams (i.e., a sequence of multilevel symbols) represented as $a_0$, $a_1$...., $a_{A-1}$ and $p_0$, $p_1$..., $p_{L-1}$. The CRC method further includes judging the data and control streams based on these bits (i.e.,

judging the symbols represented by the baseband signal).



Source: https://apple.com/iphone-15-pro/

| Cellular and Wireless | Model A2848* Model A2849* | 5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n38, n40, n41, n48, n53, n66, n70, n71, n75, n76, n77, n78, n79) |
|---|---|---|
| | | 5G NR mmWave (Bands n258, n260, n261) |
| | | FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71) |
| | | TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48, 53) |
| | | UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz) |
| | | GSM/EDGE (850, 900, 1800, 1900 MHz) |

Source: https://www.apple.com/iphone-15-pro/specs/

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 9.

CRC                Cyclic redundancy check

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 8.

## 7.2      Downlink shared channel and paging channel

### 7.2.1    Transport block CRC attachment

Error detection is provided on each transport block through a Cyclic Redundancy Check (CRC).

The entire transport block is used to calculate the CRC parity bits. Denote the bits in a transport block delivered to layer 1 by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the payload size and $L$ is the number of parity bits. The lowest order information bit $a_0$ is mapped to the most significant bit of the transport block as defined in Clause 6.1.1 of [TS38.321].

The parity bits are computed and attached to the DL-SCH transport block according to Clause 5.1, by setting $L$ to 24 bits and using the generator polynomial $g_{CRC24A}(D)$ if $A > 3824$; and by setting $L$ to 16 bits and using the generator polynomial $g_{CRC16}(D)$ otherwise.

The bits after CRC attachment are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B = A + L$.

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 70.

### 7.2.2    LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Clause 5.1.3.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

-    if $A \leq 292$, or if $A \leq 3824$ and $R \leq 0.67$, or if $R \leq 0.25$, LDPC base graph 2 is used;

-    otherwise, LDPC base graph 1 is used,

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 71.

# 5    General procedures

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

## 5.1    CRC calculation

Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:

- $g_{\text{CRC24A}}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ for a CRC length $L = 24$;

- $g_{\text{CRC24B}}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$;

- $g_{\text{CRC24C}}(D) = [D^{24} + D^{23} + D^{21} + D^{20} + D^{17} + D^{15} + D^{13} + D^{12} + D^8 + D^4 + D^2 + D + 1]$ for a CRC length $L = 24$;

- $g_{\text{CRC16}}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$;

- $g_{\text{CRC11}}(D) = [D^{11} + D^{10} + D^9 + D^5 + 1]$ for a CRC length $L = 11$;

- $g_{\text{CRC6}}(D) = [D^6 + D^5 + 1]$ for a CRC length $L = 6$.

The encoding is performed in a systematic form, which means that in GF(2), the polynomial:

$a_0 D^{A+L-1} + a_1 D^{A+L-2} + ... + a_{A-1} D^L + p_0 D^{L-1} + p_1 D^{L-2} + ... + p_{L-2} D^1 + p_{L-1}$

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 9.

122.    The '891 Accused Products include a communication quality judging means for judging communication quality of a transmission channel over which the baseband signal has been transmitted, based on content of the symbol judged by the symbol judging means. According to 3GPP TS 38.212, the Cyclic Redundancy Check (CRC) checks for any error (i.e., judging communication quality) present in the data and control stream comprising of a plurality of bits transmitted over a radio transmission link. The error detection comprises judging the bit stream based on the payload size and parity bits, and accordingly selecting the coding rate.

## 5        General procedures

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

### 5.1        CRC calculation

Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:

- $g_{CRC24A}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ for a CRC length $L = 24$;

- $g_{CRC24B}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$;

- $g_{CRC24C}(D) = [D^{24} + D^{23} + D^{21} + D^{20} + D^{17} + D^{15} + D^{13} + D^{12} + D^8 + D^4 + D^2 + D + 1]$ for a CRC length $L = 24$;

- $g_{CRC16}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$;

- $g_{CRC11}(D) = [D^{11} + D^{10} + D^9 + D^5 + 1]$ for a CRC length $L = 11$;

- $g_{CRC6}(D) = [D^6 + D^5 + 1]$ for a CRC length $L = 6$.

The encoding is performed in a systematic form, which means that in GF(2), the polynomial:

$a_0 D^{A+L-1} + a_1 D^{A+L-2} + ... + a_{A-1} D^L + p_0 D^{L-1} + p_1 D^{L-2} + ... + p_{L-2} D^1 + p_{L-1}$

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 9.

### 7.1.3        Transport block CRC attachment

Error detection is provided on BCH transport blocks through a Cyclic Redundancy Check (CRC).

The entire transport block is used to calculate the CRC parity bits. The input bit sequence is denoted by $a'_0, a'_1, a'_2, a'_3, ..., a'_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the payload size and $L$ is the number of parity bits.

The parity bits are computed and attached to the BCH transport block according to Subclause 5.1 by setting $L$ to 24 bits and using the generator polynomial $g_{CRC24C}(D)$, resulting in the sequence $b_0, b_1, b_2, b_3, ..., b_{B-1}$, where $B = A + L$.

The bit sequence $b_0, b_1, b_2, b_3, ..., b_{B-1}$ is the input bit sequence $c_0, c_1, c_2, c_3, ..., c_{K-1}$ to the channel encoder, where $c_i = b_i$ for $i = 0, 1, ..., B-1$ and $K = B$.

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 70.

### 7.2.2        LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Clause 5.1.3.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

- if $A \leq 292$, or if $A \leq 3824$ and $R \leq 0.67$, or if $R \leq 0.25$, LDPC base graph 2 is used;

- otherwise, LDPC base graph 1 is used,

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.p

df, 71.

123.    The '891 Accused Products include a data changing means for, if the communication quality judged by the communication quality judging means does not satisfy a predetermined condition, making a predetermined change to the data to be transmitted represented by the symbol used in the judgment. According to 3GPP TS 38.212, the error detection provided by CRC includes judging the bit stream based on the payload size (A) and number of parity bits (L), and accordingly selecting the coding rate(R). Based on the values of A and R, a low-density parity check (LDPC) base graph is selected which is a method of coding and transmitting a message over a noisy transmission channel. For example, $A \leq 292$ (i.e., predetermined condition), or if $A \leq 3824$ and $R \leq 0.67$, or if $R \leq 0.25$, LDPC base graph 2 is used. Otherwise, LDPC base graph 1 is used. LDPC codes are used to correct the errors, and, therefore, correcting the error corresponds to changing data.

## 5    General procedures

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

### 5.1    CRC calculation

Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:

-    $g_{CRC24A}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ for a CRC length $L = 24$;

-    $g_{CRC24B}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$;

-    $g_{CRC24C}(D) = [D^{24} + D^{23} + D^{21} + D^{20} + D^{17} + D^{15} + D^{13} + D^{12} + D^8 + D^4 + D^2 + D + 1]$ for a CRC length $L = 24$;

-    $g_{CRC16}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$;

-    $g_{CRC11}(D) = [D^{11} + D^{10} + D^9 + D^5 + 1]$ for a CRC length $L = 11$;

-    $g_{CRC6}(D) = [D^6 + D^5 + 1]$ for a CRC length $L = 6$.

The encoding is performed in a systematic form, which means that in GF(2), the polynomial:

$a_0 D^{A+L-1} + a_1 D^{A+L-2} + ... + a_{A-1} D^L + p_0 D^{L-1} + p_1 D^{L-2} + ... + p_{L-2} D^1 + p_{L-1}$

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 9.

## 7.2.2    LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Clause 5.1.3.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

- if $A \leq 292$, or if $A \leq 3824$ and $R \leq 0.67$, or if $R \leq 0.25$, LDPC base graph 2 is used;

- otherwise, LDPC base graph 1 is used,

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 70.



Source: https://www.sharetechnote.com/html/5G/5G_LDPC.html.

124.    The '891 Accused Products include wherein at least a portion of a bit string is distinguished as a protected portion, the bit string constituting data to be transmitted represented by the sequence of symbols, and at least a portion of the symbol that belongs to the sequence of symbols contains a bit belonging to the protected portion and a redundant bit having a predetermined value. According to 3GPP TS 38.212, each code block of the transport block is encoded with either LDPC base graph 1 or 2 based on the payload value (A) and coding rate (R) as shown below. The entire transport block is used to calculate the CRC parity bits using the generator polynomial which depends upon the number of the parity bits and payload size. The coded bit stream (i.e., a bit string) with CRC bits attached to it, is then divided into multiple blocks comprising of useful bits (i.e., a protected portion) and redundant bits represented as Cr0, Cr1…, Cr(kr-1) where r is the code block number and Kr is the number of bits for code block number r.

Thus, each code segment has some useful bits and some parity/CRC bits.

### 7.2.2    LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Clause 5.1.3.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

- if $A \leq 292$, or if $A \leq 3824$ and $R \leq 0.67$, or if $R \leq 0.25$, LDPC base graph 2 is used;

- otherwise, LDPC base graph 1 is used,

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 71.

## 6.2.3    Code block segmentation and code block CRC attachment

The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).

Code block segmentation and code block CRC attachment are performed according to Subclause 5.2.2.

The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$ according to Subclause 5.2.2.

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 71.

# 5G Modulation and Coding Scheme

For any communication technology, Modulation and Coding Scheme (MCS) defines the numbers of useful bits which can be carried by one symbol. In contrast with 5G or 4G, a symbol is defined as Resource Element **(RE)** and MCS defined as how many useful bits can be transmitted per Resource Element (RE) . **MCS** depends on radio signal quality in wireless link, better quality the higher MCS and the more useful bits can be transmitted with in a symbol and bad signal quality result in  lower MCS means less useful data can be transmitted with in a symbol.

In other words, we can say MCS depends  Blocker Error Rate **(BLER)**. Typically there is a BLER threshold defined that equal to 10%. To maintain BLER not more than this value in varying radio condition Modulation and Coding Scheme (MCS) is allocated by **gNB** using link adaptation algorithm. The allocated **MCS** is signalled to the UE  using DCI over PDCCH channel e.g. **DCI 1_0**, **DCI 1_1**

A **MCS** basically defines the following two aspects:

- **Modulation**
- **Code rate**

## Code Rate



Source: https://www.techplayon.com/5g-nr-modulation-and-coding-scheme-modulation-and-code-rate/

125.     The '891 Accused Products include wherein the communication quality judging means identifies the number of redundant bits having the predetermined value or the number of redundant bits missing the predetermined value among the redundant bits contained in the symbol that contains a bit belonging to the protected portion, and judges the communication quality of the transmission channel based on the identified result. According to 3GPP TS 38.212, the bit stream is divided into multiple segments with each segment comprised of useful bits and redundant bits. Further, CRC calculations are done using the generator polynomial shown below. During the calculations, in the context of the applied input bits and a generator polynomial, redundant bits are predetermined bits. These attached CRC bits can be used for purpose error detection, which is representative of communication quality. Also, the amount of these redundant bits indicates the measure of redundancy which in turn indicates the corresponding coding rate. A low coding rate corresponds to increased redundancy and subsequent re-transmission. Hence, the channel quality can be judged by the CRC check using the generator polynomial. The communication quality judging step is done on the basis of the redundant bits contained in the symbol that contains a

protected portion. The protected data is the voice data with some special features, such as sound pressure, pitch, etc., and has the predetermined value "1". Therefore, the entire voice data coded by LDPC in the 5G NR case must include protected data. In LDPC-based coding, the code block segments are created before applying the CRC calculation and detecting the error, and therfore the code block segment contains that protected data (i.e., ...the redundant bits contained in the symbol that contains a bit belonging to the protected portion").

## 5    General procedures

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

### 5.1    CRC calculation

Denote the input bits to the CRC computation by $a_0, a_1, a_2, a_3, ..., a_{A-1}$, and the parity bits by $p_0, p_1, p_2, p_3, ..., p_{L-1}$, where $A$ is the size of the input sequence and $L$ is the number of parity bits. The parity bits are generated by one of the following cyclic generator polynomials:

- $g_{CRC24A}(D) = [D^{24} + D^{23} + D^{18} + D^{17} + D^{14} + D^{11} + D^{10} + D^7 + D^6 + D^5 + D^4 + D^3 + D + 1]$ for a CRC length $L = 24$;

- $g_{CRC24B}(D) = [D^{24} + D^{23} + D^6 + D^5 + D + 1]$ for a CRC length $L = 24$;

- $g_{CRC24C}(D) = [D^{24} + D^{23} + D^{21} + D^{20} + D^{17} + D^{15} + D^{13} + D^{12} + D^8 + D^4 + D^2 + D + 1]$ for a CRC length $L = 24$;

- $g_{CRC16}(D) = [D^{16} + D^{12} + D^5 + 1]$ for a CRC length $L = 16$;

- $g_{CRC11}(D) = [D^{11} + D^{10} + D^9 + D^5 + 1]$ for a CRC length $L = 11$;

- $g_{CRC6}(D) = [D^6 + D^5 + 1]$ for a CRC length $L = 6$.

The encoding is performed in a systematic form, which means that in GF(2), the polynomial:

$$a_0 D^{A+L-1} + a_1 D^{A+L-2} + ... + a_{A-1} D^L + p_0 D^{L-1} + p_1 D^{L-2} + ... + p_{L-2} D^1 + p_{L-1}$$

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 9.

## 7.2.2    LDPC base graph selection

For initial transmission of a transport block with coding rate $R$ indicated by the MCS index according to Clause 5.1.3.1 in [6, TS 38.214] and subsequent re-transmission of the same transport block, each code block of the transport block is encoded with either LDPC base graph 1 or 2 according to the following:

- if $A \leq 292$, or if $A \leq 3824$ and $R \leq 0.67$, or if $R \leq 0.25$, LDPC base graph 2 is used;

- otherwise, LDPC base graph 1 is used,

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 71.

### 6.2.3    Code block segmentation and code block CRC attachment

The bits input to the code block segmentation are denoted by $b_0, b_1, b_2, b_3, ..., b_{B-1}$ where $B$ is the number of bits in the transport block (including CRC).

Code block segmentation and code block CRC attachment are performed according to Subclause 5.2.2.

The bits after code block segmentation are denoted by $c_{r0}, c_{r1}, c_{r2}, c_{r3}, ..., c_{r(K_r-1)}$, where $r$ is the code block number and $K_r$ is the number of bits for code block number $r$ according to Subclause 5.2.2.

Source:
https://www.etsi.org/deliver/etsi_ts/138200_138299/138212/15.03.00_60/ts_138212v150300p.pdf, 71.

# 5G Modulation and Coding Scheme

For any communication technology, Modulation and Coding Scheme (MCS) defines the numbers of useful bits which can be carried by one symbol. In contrast with 5G or 4G, a symbol is defined as Resource Element (**RE**) and MCS defined as how many useful bits can be transmitted per Resource Element (RE) . **MCS** depends on radio signal quality in wireless link, better quality the higher MCS and the more useful bits can be transmitted with in a symbol and bad signal quality result in  lower MCS means less useful data can be transmitted with in a symbol.

In other words, we can say MCS depends  Blocker Error Rate (**BLER**). Typically there is a BLER threshold defined that equal to 10%. To maintain BLER not more than this value in varying radio condition Modulation and Coding Scheme (MCS) is allocated by **gNB** using link adaptation algorithm. The allocated **MCS** is signalled to the UE  using DCI over PDCCH channel e.g. **DCI 1_0**, **DCI 1_1**

A **MCS** basically defines the following two aspects:

- **Modulation**
- **Code rate**

## Code Rate

**Code rate** can be defined as the **ratio** between useful bit and total transmitted bit (Useful + Redundant Bits). These Redundant bits are added for Forward Error Correction (**FEC**). In other words we can it is the ratio between the number of information bits at the top of the Physical layer and the number of bits which are mapped to **PDSCH** at the bottom of the **Physical layer**. We can also say, it  a measure of the redundancy which is added by the Physical layer. A low coding rate corresponds to increased **redundancy**.



$$Code\ Rate\ (R) = \frac{n}{n+k}$$

$$Code\ Rate\ (R) = \frac{120}{1024} = 0.117$$

| MCS Index Iecs | Modulation Order Qm | Target code rate R x [1024] | Spectral efficiency |
|---|---|---|---|
| 0 | 2 | 120 | 0.2344 |
| 1 | 2 | 157 | 0.3066 |
| 2 | 2 | 193 | 0.3770 |
| 3 | 2 | 251 | 0.4902 |
| 4 | 2 | 308 | 0.6016 |
| 5 | 2 | 379 | 0.7402 |

Source: https://www.techplayon.com/5g-nr-modulation-and-coding-scheme-modulation-and-code-rate/.

126.    Apple has indirectly infringed and continues to indirectly infringe one or more

claims of the '891 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Apple's customers and end-users, in this Judicial District and elsewhere in the United States. For example, Apple's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '891 Patent. Apple induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the '891 Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the '891 Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Apple's inducement, Apple's customers and end-users use the '891 Accused Products in a way Apple intends and they directly infringe the '891 Patent. Apple performs these affirmative acts with knowledge of the '891 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '891 Patent.

127.    Apple has indirectly infringed and continues to indirectly infringe one or more claims of the '891 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this Judicial District and elsewhere in the United States. Apple's affirmative acts of selling and offering to sell the '891 Accused Products in this Judicial District and elsewhere in the United States and causing the '891 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the '891 Accused Products, such that the '891 Patent is directly infringed by others. The accused components within the '891 Accused Products including, but not limited to, software manufactured by Apple, are material to the invention of the '891 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Apple to be especially made or adapted for use in the infringement of the '891 Patent. Apple performs these

affirmative acts with knowledge of the '891 Patent and with intent, or willful blindness, that they cause the direct infringement of the '891 Patent.

128.    Apple has had actual notice of the '891 Patent from either related prior litigations accusing products with similar AV1 functionalities involving direct competitors of Defendant and/or from its knowledge of ACT's patent portfolio in *Advanced Coding Technologies, LLC v. Apple, Inc.*, Case No. 2:24-cv-00572-JRG (E.D. Tex. July 22, 2024).

ACT has suffered damages as a result of Defendant's direct and indirect infringement of the '891 Patent in an amount to be proved at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, ACT prays for relief against Defendant as follows:

a.    Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c.    An order awarding damages sufficient to compensate ACT for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.    Entry of judgment declaring that Defendant's infringement has been willful and awarding ACT treble damages pursuant to 35 U.S.C. § 284; and

e.      Entry of judgment declaring that this case is exceptional and awarding ACT its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.      Such other and further relief as the Court deems just and proper.

Dated:  October 1, 2025                         Respectfully submitted,

*/s/ Peter Lambrianakos w/ permission*
*Rudolph Fink IV*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

William E. Davis, III
Texas Bar No. 24047416
Email: bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
Email: rfink@davisfirm.com
Ty Wilson Texas
State Bar No. 24106583
Email: twilson@davisfirm.com
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

***ATTORNEYS FOR PLAINTIFF***
***ADVANCED CODING***
***TECHNOLOGIES, LLC***